IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| REGINA BRYANT, | ) | CASE NO. 1:25-CV-0166 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | MAGISTRATE JUDGE GREENBERG |
| v. | ) | |
| | ) | |
| DOUGLAS A. COLLINS, Secretary of U.S. Department of Veterans Affairs, | ) | DECLARATION OF JAMES JINDRA |
| | ) | |
| Defendant. | ) | |

I, James D. Jindra, make the following declaration in lieu of an affidavit as permitted by 28 U.S.C. 1746.

1. I occupy the position of District Manager, North Atlantic District-1, Office of Resolution Management, Department of Veterans Affairs.

2. Regina Bryant is employed by the Louis Stokes VA Medical Center in Cleveland, Ohio, as a Medical Supply Technician (as shown in her most recent complaint and in reviewing the VA Global Address List in Outlook), which is classified as a Title 5 position under the U.S. Code.

3. I compiled all of Regina Bryant's EEO complaints since 2016. Her complaints are set forth in the eight EEO cases as follows:

   a. Agency Case No. 200H-0541-2016-101966:
   On February 1, 2016, Complainant initiated contact with an EEO counselor. Counseling did not result in resolution and the Complainant filed her formal complaint on March 8, 2016. Complaint asserted she was discriminated again based on disability. ORM completed its investigation and Complainant was issued a Notice of Advisement of Rights on November 2, 2016. Complainant requested a hearing before the EEOC. EEOC issued a Summary Judgment of no discrimination on June 24, 2019.

   b. Agency Case No. 200H-0541-2017-104321:

GOVERNMENT EXHIBIT
A

On July 20, 2017, Complainant initiated contact with an EEO counselor. Counseling did not result in resolution and the Complainant filed her formal complaint on October 24, 2017. Complaint asserted she was discriminated again based on sex and disability. ORM completed its investigation and Complainant was issued a Notice of Advisement of Rights on February 9, 2018. The Complainant did not elect a hearing and the Agency issued a Final Agency Decision of No Discrimination on October 2, 2020.

c. Agency Case No. 200H-0541-2018-100764:
On November 1, 2017, Complainant initiated contact with an EEO counselor. Counseling did not result in resolution and the Complainant filed her formal complaint on December 6, 2017. Complaint asserted she was discriminated again based on reprisal (prior EEO activity). ORM completed its investigation and Complainant was issued a Notice of Advisement of Rights on September 26, 2018. The Complainant elected a hearing with the EEOC. EEOC issued a Summary Judgment of no discrimination no discrimination on November 10, 2021.

d. Agency Case No. 200H-0541-2019-100638
On November 13, 2018, Complainant initiated contact with an EEO counselor. Counseling did not result in resolution and the Complainant filed her formal complaint on February 8, 2019. Complaint asserted she was discriminated again based on sex and disability. ORM completed its investigation and Complainant was issued a Notice of Advisement of Rights on July 10, 2019. The Complainant did not elect a hearing. The agency issued a Final Agency Decision of no discrimination of no discrimination on January 10, 2020.

e. Agency Case No. 200H-0541-2022-100085
On October 7, 2021, Complainant initiated contact with an EEO counselor. Counseling did not result in resolution and the Complainant filed her formal complaint on October 26, 2021. Complaint asserted she was discriminated again based on disability and reprisal (prior EEO activity). ORM completed its investigation and Complainant was issued a Notice of Advisement of Rights on April 15, 2022. The Complainant elected a hearing with the EEOC. The EEOC issued a Summary Judgment of no discrimination on April 10, 2024.

f. Agency Case No. 200H-541-2022-144509
On February 23, 2022, Complainant initiated contact with an EEO counselor. No formal complaint was filed and the case was closed administratively on February 24, 2022.

g. Agency Case No. 200H-541-2023-153376
On October July 26, 2023, Complainant initiated contact with an EEO counselor. Counseling did not result in resolution and the Complainant filed

her formal complaint on August 23, 2023. Complaint asserted she was discriminated again based on disability and reprisal (prior EEO activity). ORM completed its investigation and Complainant was issued a Notice of Advisement of Rights on June 18, 2024. The Complainant did not elect a hearing with the EEOC. The agency issued a Final Agency Decision of no discrimination on November 4, 2024.

h. Agency Case No. 200H-541QC-2023-154100
On September 5, 2023, Complainant initiated contact with an EEO counselor. No complaint was filed and the case was closed administratively on September 13, 2023.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.
Executed this _15th___ day of ___January__, 2026.

James D. Jindra
District Manager, North Atlantic District-1,
Office of Resolution Management