UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

REGINA BRYANT,

Plaintiff, Case No.

vs. 1:25-CV-00166

DOUGLAS COLLINS, SECRETARY

U.S. DEPARTMENT OF VETERRANS AFFAIRS,

Defendant.

- - - - -

DEPOSITION OF REGINA BRYANT

Taken on Tuesday, November 25, 2025 at 9:32 a.m.

At the offices of:

U.S. Department of Justice

801 West Superior Avenue

Suite 400

Cleveland, Ohio 44113

Before Kelly A. Dell'Anno, a Court Reporter and

Notary Public in and for the State of Ohio

- - - - -

Q. He wrote it --

A. I don't know, maybe I'm not explaining it right.

Q. Did he write this for you or you wrote it?

A. I wrote it. He just explained to me that it had to be this way. Because I couldn't -- because I didn't understand what he was saying, but something -- I had a small amount of FMLA left over from that whole thing I got in the beginning of March. And he explained to me I had to do it this way.

Q. So you had a small number of FMLA hours left for the period of March 31st, 2022 to March of 2023?

A. Yes.

Q. Okay.

A. So --

Q. And so you -- let me just clarify.

So you would not have enough FMLA leave to cover your request for your continuous surgery?

A. Yes.

Q. Okay. Do you know how many hours that you actually had left that you could have

applied towards your surgery?

A. No. Only what we filled out here. Because he looked on the computer, and looked at it, and told me to put this here, that there, something -- I can't remember all of it.

Q. Okay. We're going to mark this as Government Exhibit E.

And I believe this is the e-mail that you've been discussing. Let's take a look at Government Exhibit E, you provided this.

So if you take a look at Government Exhibit E and tell me if you recognize this?

\- - - - -

(Thereupon, Government Exhibit-E was marked for purposes of identification.)

\- - - - -

A. Yes.

Q. Okay. Now, if you look at the first page of Government Exhibit E, it is an e-mail to Karen Kendrick from Marcus Ingram; correct?

A. Yes.

Q. And Mr. Ingram is the gentleman you were dealing with in human resources?

A. Yes.

Q. Exhibit E, the first page is dated

December 15th, 2022; right?

A. Yes.

Q. And it says, hello, Karen, attached is an advance leave memo for employee, Regina Bryant, which requires your recommendation and signature.

Is that correct?

A. Yes.

Q. Can we agree that the first page of Exhibit E does not speak to your FMLA request?

A. Yes.

Q. Turn to page 2 of Exhibit E.

This is your commentary about what Exhibit E is that you submitted with your affidavit for EEO; correct?

A. Yes.

Q. Okay. And according to your commentary, you say this is the first e-mail I received from the agency where they had approved for 240 hours of advanced sick leave and 96 hours of leave without pay to have the surgery. Even though the chief of my department disapproved, the agency approved my time off from work anyway because the FMLA paperwork said I had cancer.

Did I read that correctly?

A. Yes.
Q. Now, this was an approval of time off.
There's nothing that says it was an approval of your FMLA request or a denial of your FMLA request; correct?
A. Yes.
Q. Yes I'm correct or --
A. That's what this e-mail said.
Q. Okay. So now if you turn to the next page, page 3. That's also an e-mail from Marcus Ingram dated December 21st, 2022?
A. Okay.
Q. And this is an e-mail to you, Regina Bryant, from Marcus Ingram; correct?
A. Yes.
Q. And it's dated December 21st, 2022 at 12:32 p.m.?
A. Three --
Q. We're looking at the third page of Exhibit E. Some of them have front and back copies.
A. 12-21 at 3:51 you're talking about?
Q. No. No. The third page, front and back. If you look -- count the 1st page as one.

The back side of the first page is 2, and then the 3rd page.

A. December 15th, 2022.

Q. May I see your copy.

A. (Witness complies).

Q. This is page 1, and then the back side is 2 (indicating). And then I'm referring to page 3.

A. Okay.

Q. Okay. So now that we're all on the same page.

That's an e-mail to you from Marcus Ingram on December 21st, 2022; correct?

A. Yes.

Q. And, again, it is entitled advance leave memo?

A. Uh-huh.

Q. You have to say yes.

A. Yes.

Q. And it speaks to approval of advanced leave; right?

A. Yes.

Q. If you flip the page over at page 4 of Exhibit E.

This is a memo to ELT through the

service chief at a request -- advanced leave request is the subject, dated December 15th, 2022; correct?

A. Yes.

Q. And it states, please see the attached request from Regina Bryant, sterile processing service, Department of Veteran Affairs, Cleveland, Ohio. Ms. Bryant is requesting 240 hours of advanced sick leave and 96 hours of leave without pay to cover absences due to caring for self with serious health condition. Ms. Bryant has provided support FMLA documentation for this purpose.

Number 2, Ms. Bryant exhausted her current leave balance.

Ms. Bryant understands, if she leaves government service, prior to earning enough sick leave or annual to repay the amount of leave advanced, they will allow the VA to offset this indebtedness against their final salary, lump sum payment, and retirement fund.

Did I read that correctly?

A. Yes.

Q. Okay. And then under there there's two boxes for recommended or not recommended.

And Teresa Holder, on behalf of Karen Kendrick, checked the box of not recommend; correct?

A. Yes.

Q. And then Garett Schreier S-C-H-R-E-I-E-R, who is the associate director of patient care services, apparently has approved on there; correct?

A. Yes.

Q. Okay. And that was sent to human resources apparently; correct?

A. Yes.

Q. Okay. And then, if you will flip over to the page that's marked at the bottom, skipping your commentary, it says Bates stamped 290 at the bottom.

Do you see that?

A. Uh-huh.

Q. Okay.

A. Yes.

Q. This is an e-mail from Marcus Ingram on Wednesday, December, 21st, 2022 at 3:51.

And, again, it's titled advance leave memo Bryant; correct?

A. Yes.

A. Yes.

Q. So were you made aware of that's why the service was not approving your request for leave without pay?

A. No.

Q. You never knew that?

A. Only when I got the fact finding thing. I've never seen this before until I got the fact finding -- the fact finding.

Q. Did you ever ask Ms. Kendrick why they would not approve your request for leave without pay?

A. No.

Q. You never discussed it with her?

A. No.

Q. Okay. Do you have any reason to dispute that that's the reason why they would not approve your request for leave without pay?

A. I don't know.

Q. I'm sorry?

A. I don't know.

Q. My question was, do you have any reason to dispute that that is why you were -- the service was not approving your request for leave without pay was that you were -- exceeded

your leave without pay hours in conjunction with FMLA, and that they believed that you don't prudently use your leave, and staffing is also a reason?

Do you have any evidence to the contrary that that was not the real reason they disapproved your leave?

A. I don't have any evidence.

- - - - -

(Thereupon, Government Exhibit-G was marked for purposes of identification.)

- - - - -

Q. I'm going to hand you what we're going to mark as Exhibit G. Ms. Bryant, I'm handing you Exhibit G.

Have you seen this document?

A. Yes.

Q. And this started as an e-mail from yourself from your private e-mail account to Marcus Ingram; correct?

A. Yes.

Q. And Mr. Ingram responds to you on Tuesday, December 27th, he says, good morning, Regina, I'm out of the office today, my wife is sick, but your service is not approving your

Q. Okay. Can you produce anything that shows that you contacted them within 45 days?

A. Not -- if it's not in the paperwork so -- I don't remember if it's in the paperwork or not.

Q. But as you sit here today you cannot recall any particular item that would prove that you contacted them?

A. No, I can't remember any of that.

Q. Okay. So why do you believe that you were denied advanced sick leave as a reason for discrimination; that it was discriminatory?

A. Because I had prior EEO activity.

Q. Okay. Any reason to believe that just because you had prior EEO activity -- did anybody say that they were denying because you had prior EEO activity?

A. No.

Q. Do you know of anyone else who is in a similar circumstance, as yourself, who was given leave when you were denied leave?

A. I don't know what other people -- what was happening with other people.

Q. So you have no comparators to say that employee A got leave under the same

Q. So what is the basis of your belief that you are being denied time off because you have had EEO activity?

A. Because of my -- I'm just -- I feel that because of my other EEO complaints.

Q. That's a subjective belief; right?

A. Yes.

Q. That's your personal feeling; is that correct?

A. Yes.

Q. Do you have any proof of that, other than your subjective feeling?

A. No.

Q. Okay. And do you have any basis for your belief that you were denied this time off because of your disability?

A. I don't know.

Q. You don't know if you have any basis for your belief.

What's the underlying basis of your belief that you were being discriminated against based on your disability?

A. I don't have an answer for that, I don't know.

Q. So you have no basis for your

subjective belief?
A. I don't know.
Q. Now, you state that in January of 2023 management forced complainant to work on the same shift with an employee who previously accused complainant of bullying and threatening behavior.
Is this Deanna Arthur?
A. Yes.
Q. Okay. And you filed complaints making allegations regarding Deanna Arthur in your previous EEO complaint filed in District Court; correct?
A. I filed -- say that question again.
Q. Yes. You have raised this issue of hostile work environment regarding your working with Deanna Arthur in prior EEO lawsuits; correct?
A. Yes.
Q. And the court has disposed of those claims; correct?
A. Yes.
Q. Okay. So what is the basis of your belief that management is creating a hostile work environment by having you and Ms. Arthur work

BY-MS.BACCHUS:

Q. Coming back from our break apparently Ms. Bryant needed to correct some information?

A. It was my address, 11410 Scottwood Avenue.

Q. Thank you.

And I have found that Exhibit M, that we originally introduced was missing some pages, so we are now replacing it with a correct Exhibit M.

So, Ms. Bryant, I'm going to hand you Exhibit M. Again, if you will take a look at this and make sure that this was your approval for FMLA for your intermittent condition?

A. Yes.

Q. And that approval was running from March 31st of 2023 to March 30th of 2024, is that correct?

A. Yes. March 31st to March 30th, yeah.

Q. Yes. I'm going to hand you what we're marking as Government Exhibit N, if you will take a look at this document.

\- - - - -

(Thereupon, Government Exhibit-N was marked for purposes of identification.)

- - - - -

Q. Okay. Do you recognize Exhibit N; have you seen this document before?

A. Yes.

Q. And is Exhibit N your notice of updated approval for FMLA coverage for a serious medical condition for your cancer surgery?

A. Yes.

Q. Okay. And according to Exhibit N, on May 26th, 2023, you invoked your entitlement for leave under the Family Medical Leave Act for a serious health condition.

And if you will turn to the second page. As the date of the notice, which was June 1st, 2023, you've used 64 hours of FMLA leave entitlement in your current approved period of time. And you are now approved for FMLA for yourself beginning on July 14th, 2023 through August 28th, 2023.

And that was for your cancer surgery; correct?

A. Yes.

Q. Okay. So as of June 1st, 2023, you are aware that you had been approved for your FMLA request; correct?

A. Yes.
Q. All right.
A. Yes.
Q. So when you submitted your request for FMLA, and it was approved as of June 1st, 2023, did you then submit additional leave request as well?
A. Did you show me the leave request; where did that go?
Q. I did not mark the leave request for June -- or, I'm sorry, for your July surgery.
I'm asking did you submit your leave request for that time frame?
A. I don't remember the date that I put it in.
Q. Okay. But you did submit a request?
A. Yes. Were you asking me when did I put in the request?
Q. No. I asked you did you submit another leave request for your time for July 3rd?
A. You're asking me if I put in two; is that what you're trying to ask me?
Q. No.
A. What are you asking, I'm sorry?
Q. I simply asked you, did you submit a

new request for time off to cover your July surgery?

A. Yes.

- - - - -

(Thereupon, Government Exhibit-O was marked for purposes of identification.)

- - - - -

Q. I'm going to hand you Government's Exhibit O. It is a memorandum regarding your request for time off.

Have you seen this document before, Ms. Bryant?

A. Yes.

Q. And the first page of Exhibit O is a document to Tim Heimann H-E-I-M-A-N-N, the acting executive director/CEO. And it is a reference to your request for advanced leave.

And according to Exhibit O it states, please see the attached request for Ms. Bryant, medical supply technician, Louis Stokes, Cleveland, Ohio. Ms. Bryant is requesting 120 hours of annual leave, and 120 sick leave to cover absences due to a surgical procedure scheduled on July 14th, 2023. Ms. Bryant has provided supporting documentation for this

purpose.

Ms. Regina Bryant current leave balance is 26 annual and 16.3 sick leave.

Did I read that correctly?

A. Uh-huh.

Q. You have to yes.

A. Yes. Yes, I'm sorry.

Q. And your chief of sterile processing, Karen Kendrick, did not recommend approval. And the justification says, staff member continues to use up her time and FMLA time for the last three years. It would be difficult for the staff member to make up the advanced leave. The tour of duty is down staff members and providing the advanced leave would impede operations for the shift.

Do you see that justification?

A. Yes.

Q. And do you know whether or not there was a staffing shortage in your department during this time?

A. I don't remember.

Q. Do you have any reason to dispute Ms. Kendrick's statement that it would be difficult for you to make up the advanced leave because you

used your leave?

A. No.

Q. No, you have no reason to dispute her explanation?

A. You asked me do you have a reason to disagree with her?

Q. Correct.

A. I do disagree with her.

Q. Okay. So let's start -- you frequently use up all of your leave within your year; correct?

A. Yes.

Q. So how would you have made up your advanced leave, if you never have any to spare?

A. That's true too. Okay. So, yes.

Q. Yes, you do agree with her justification?

A. I don't agree with her justification, but I understand what she's saying.

Q. Okay. So you have no reason to dispute that it would be difficult for you to make up advanced leave under the circumstances?

A. Yes. Am I saying that wrong?

Q. You are --

A. I think I'm saying no -- or I don't

know.

Q. Okay. Let's start over.

You agree that it would be difficult for you to make up any advanced leave?

A. Yes.

Q. And then if you look further down, the executive director, the acting director also disapproved your request for advanced leave.

Do you see that?

A. Yes.

Q. And there's a series of e-mails in Exhibit O, and if you go to the page that's Bates stamped 317 --

A. Uh-huh.

Q. -- it starts with e-mails dated Wednesday, June 7th, 2023.

Do you see that?

A. Yes.

Q. Okay. And it states that Mr. Williams is providing to Karen Kendrick your request for leave or approved absence form. And it states, it's missing supervisor's signature and date. Please sign and return attached form at your earliest convenience.

Do you see that?

A. You're asking -- what are you asking? Does she have any aware of this -- I sent it in my e-mail that I would be out.

Q. Show me where you said to her -- and when you told her that you would be out for surgery and what time?

A. Where is the paperwork for the request of time off? Okay. I don't -- where is the paper for the requested time off? I thought I saw -- okay.

I don't know, because I don't see all the paperwork.

Q. Well, let's finish looking through Exhibit O. If you go to the page that is Bates stamped 319.

A. Yes, I see it.

Q. Okay. This is an e-mail from Karen Kendrick to you. And it says, Regina, on your request for advanced leave, it states due to a surgical procedure, I need to provide the documentation from your physician on the surgical procedure and the time that you will be out.

Correct?

A. Yes.

Q. And that was on June 15th at 10:03;

right?

A. Yes.

Q. Okay. And you said that you never provided Ms. Kendrick with any paperwork; correct?

A. No.

Q. No, that's not correct? Or you did not provide her any paperwork?

A. I did not provide her any paperwork.

Q. Okay. So when she returns, if you go back over here to her last e-mail at page 316 to Darnell, when she states, on June 15th at 10:05.

Darnell, I need the other supporting documents on the time that Regina will be out due to the surgical procedure. I've reached out to Ms. Bryant for the documentation, I cannot approve the advanced leave until I have the specifics of the time she will be out. Once received, I will then complete the document.

Do you have any knowledge that she had information from your physician about the amount of time that you would need to be out, as of the writing of this e-mail on June 15th at 10:05?

A. I do not know.

recollection, did she ask you for any additional information following this e-mail exchange?

A. I don't remember.

Q. Okay. So if you will then turn the page over, Exhibit S over. There's another e-mail, Thursday, July 13th, 2023 at 3:31 from Ms. Kendrick to you.

She says, yes, I saw your requests, I just returned from vacation from last week, and trying to catch up with requests and e-mails. But it is approved, no worries, since I have seen the approved time from your FMLA paperwork and have copies of that.

Thank you and good luck.

Did I read that correctly?

A. Yes.

Q. All right. So once you received the information about the time that your doctor said you'd be out, your paperwork was approved for leave; correct?

A. What time is this, 3:30? Yes. Although, I don't think I saw this until I came back, but it don't matter.

Q. Okay. So --

A. Or what I'm saying is, I wasn't

A. Nope.
Q. Do you have any information that human resources told her that you had a life-threatening condition?
A. I don't know what human resources -- I have no idea.
Q. I'm asking you. Do you have any knowledge that human resources communicated that information to Ms. Kendrick?
A. I don't know.
Q. Okay. So the fact that you didn't have the surgery in December, and you now are rescheduling the surgery for July, why do you believe that that indicates that she was discriminating against you because she was asking you for information on the time that you were going to be out?
A. I don't know.
Q. So I'm going to ask you the same question.
Why do you believe that that was retaliation for your prior EEO activity?
A. I have no idea.
Q. Okay. So you have no facts to support your claim that Ms. Kendrick was

discriminating against you on the basis of disability; correct?

A. No.

Q. No, that's not correct? Or, no, you don't have any information?

A. I don't have any facts.

Q. Okay. Do you have any facts that Ms. Kendrick's request for a doctor's note was retaliation for prior EEO activity?

A. No, no facts.

Q. So your belief is based on your subjective perception; correct?

A. My --

Q. Your personal belief, no facts, just what you believe, is that the basis of your claim that she has discriminated against you on the basis of disability?

A. Yes.

Q. Now, what is the basis of your claim of FMLA interference with right to take leave?

A. FMLA -- say the question again.

Q. Yes. Your complaint on the cover sheet says FMLA interference with right to take leave is one of your claims?

A. Because I asked for FMLA when I --

A. I don't know.
Q. All right. You also have a claim for harassment and hostile work environment.
Besides for the issue with Deanna Arthur, is there any other basis for your harassment and hostile work environment claim?
A. No.
Q. When you have had sufficient hours still left in your FMLA, has Ms. Kendrick ever denied your leave request?
A. No.
Q. Are you aware of any other employee in SPS who has been treated differently than you on the basis of a request for leave without pay?
A. No. No, I don't know.
Q. Okay. Are you aware of any other employee in SPS who has been treated differently on a request for FMLA?
A. I don't know.
Q. So is that a no?
A. I don't know. I mean, no, I don't know anything about the other employees, what happened with them.

\- - - - -

(Thereupon, Government Exhibit-T was marked for

A. Yes.

Q. I want to ask you about Mr. Schreier who was the first executive official who signed off on the leave without pay request that you submitted.

Are you alleging that he was aware of any of your prior EEO activity?

A. Mr. Schreier?

Q. Schreier. The gentleman who was the executive person where you got the e-mail that first said that it was approved, the advance leave, and then he said it was an error and it was disapproved.

A. I don't know.

Q. Okay. As you sit here today are you -- do you know if Mr. Schreier was aware of any alleged violations of FMLA?

A. I don't know.

Q. Are you alleging that Mr. Schreier took any actions in discrimination on the basis of disability or prior EEO activity, as it relates to you?

A. I don't know.

Q. Okay. So as you sit here today, you are unaware of anything specific?

Q. Are you alleging that Mr. Heimann took any actions in these particular circumstances regarding the disapproval of your leave in retaliation for prior EEO activity?

A. No, I don't know. Let me say, I don't even know who he is.

Q. So you have no information?

A. No. I never heard of that name before.

Q. Okay. And so as you sit here today, do you have any knowledge, your personal knowledge, that Mr. Heimann discriminated against you on the basis of your disability?

A. No.

Q. And do you have any knowledge, your personal knowledge, that Mr. Heimann was discriminating against you on the basis of FMLA?

A. No, I don't know him.

Q. Okay.

A. That's from the first -- that's the one from the first --

Q. Mr. Heimann is the gentleman who disapproved your request for advanced leave relative to your second surgery. And the memo was dated June 13th, 2023, Exhibit O, that we've

discussed.

A. Okay.

Q. And as you sit here today, do you have any personal knowledge that Mr. Heimann disapproved your request for advanced leave in order to create a hostile work environment for you?

A. No.

- - - - -

(Thereupon, Government Exhibit-V was marked for purposes of identification.)

- - - - -

Q. I'm going to mark Exhibit V as in Victor.

Ms. Bryant, this is documentation of your leave report that was requested during the EEO investigation, and was submitted by Ms. Holder to the EEO investigator.

Have you seen this document before?

A. I think so.

Q. All right. During the EEO process they submitted this, which is a summary of all of your leave dates and requests for the past three years.

Do you have any reason to dispute the

taking FMLA leave?

A. No. Did I put that down?

Q. I'm asking.

A. No, not to my knowledge.

Q. And we've talked about the fact that Ms. Arthur was allowed to return to third shift in January of 2023.

Can you explain to me how that constituted a hostile work environment?

A. Deanna Arthur and I were in the middle of an EEO process when this was going on, because Deanna Arthur falsely accused me of bullying and threatening her. We were in the middle of that EEO process, in January that was still going on.

Q. Anything else as to how that constituted a hostile work environment?

A. Because we don't get along and Karen put -- the chief putting us back together caused a hostile work environment.

Q. Were there words exchanged between you and Ms. Arthur?

A. No. I don't talk to her, but she makes a lot of noise and comes out walking around me all the time.

Q. Okay. Has she ever physically assaulted you?

A. No.

Q. Has she ever said anything derogatory to you by calling you out of your name?

A. No.

Q. Any type of verbal abuse?

A. No.

Q. Just the fact that you two don't get along?

A. She falsely accused me of bullying and threatening her.

Q. Okay. And that was proven to be false -- or unsubstantiated, I won't say false.

So just the fact that she has accused you -- you too have accused Ms. Arthur of doing certain things as well; correct?

A. Yes.

Q. Okay. Any other reason to believe that it constituted a hostile work environment, except for the fact that you don't get along?

A. We were in the middle of -- in a complaint -- we had been going -- we had been having problems the whole year when she was on my shift. And that's how this all -- it was -- we

were having difficulty the whole year. More than a year, a couple of years we haven't been getting along at all. To the point where I moved from shift to shift, and she'd follow me from shift to shift.

I moved from first shift -- I moved from second shift to first shift. Deanna Arthur followed me from second shift to first shift. I moved from first shift to third shift, and she followed me then to keep the harassment going on. Karen Kendrick is very much aware of this.

Q. So the fact that you have to work with Ms. Arthur, you believe, constitutes a hostile work environment; does that sum it up?

A. It did, yes.

Q. And despite the fact that you all don't speak to each other; correct?

A. I don't speak -- yes.

Q. Does she speak to you?

A. Not anymore. I haven't seen her -- I don't seen her anymore.

Q. Okay. In January of 2023 was she speaking to you?

A. No. Just playing loud music and running back and forth around me. Just causing a

lot of problems.

Q. Okay. So that's your belief is that she is causing problems, and that constitutes a hostile work environment; correct?

A. There's probably more, but I can't remember right now.

Q. All right.

A. But I do believe -- can I say it?

Q. Sure.

A. That me being diagnosed with cancer in December, not being allowed to have my surgery in December of 2022, and her putting Deanna Arthur the very next month on the same shift as me, after she -- caused a hostile work environment.

Q. And that's premised on the fact that you and Ms. Arthur don't get along; right?

A. Yes.

Q. All right. Do you know whether or not Ms. Arthur requested to come to third shift?

A. I have no idea.

Q. And if she did, she is allowed to work on third shift, based on seniority; correct? Do you all pick based on seniority?

A. She was already on third shift, they

A. It's fair to say, if I moved -- just like you just told me about her, she being allowed to move to third shift, which I agree totally.

Q. Okay.

A. If I choose to move away, and she keeps following me to every shift, isn't that -- and management allows that, because that's what they've been doing, allowing her to do all this.

Q. Where is it written that she is not allowed to transfer a shift because you transferred a shift?

A. It isn't written any place.

Q. Okay. So circumstances change in people's lives; correct?

A. Yes.

Q. And when circumstances change in your life, your work schedule may need to change; correct?

A. Yes.

Q. Do you know that Ms. Arthur did this specifically to harass you?

A. No.

Q. Okay. And her request to transfer shifts, do you know whether or not that was her

personal desire to transfer shifts?

A. I don't know if she transferred. I don't know if Karen just moved her, I'm not sure what happened.

Q. Okay. So you have no knowledge, as you sit here today, that Ms. Kendrick transferred Ms. Arthur to the same shift you're working on specifically to harass you?

A. I can't prove that she tried to harass me. I know that she can stop it, if she wants to.

Q. Okay. And even though Ms. Arthur has a right to choose her shift, you believe Ms. Kendrick should deny her the right to change shifts?

A. No.

Q. Okay.

A. I think there was openings in all three shifts.

Q. Okay. You've made claims against Teresa Holder.

Is she in your supervisory chain of command?

A. She is the timekeeper administrator -- no, she used to be our

GOVERNMENT EXHIBIT 2

# Request for Leave or Approved Absence

1. Name (Last, first, middle): Bryant Regina A

2. Employee [redacted] (Enter only the last 4 digi[redacted]mber (SSN))

3. Organization: VA Northeast Ohio health Care Medical Center

| 4. Type of Leave/Absence (Check appropriate box(es) below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| [X] Accrued Annual Leave | 12/28/22 | 12/31/22 | 11:00pm | 7:38Am | 28 |
| [ ] Restored Annual Leave | | | | | |
| [ ] Advanced Annual Leave | | | | | |
| [X] Accrued Sick Leave | 12/28/22 | 12/31/22 | 11:00pm | 7:30Am | 12:30 |
| [X] Advanced Sick Leave | 12/28/22 | 2/07/23 | 11:00pm | 7:30Am | 240 hr |
| [ ] Compensatory Time Off | | | | | |
| [ ] Other Paid Absence (Specify in Remarks) | | | | | |
| [X] Leave Without Pay | 12/28/22 | 2/07/23 | 11:00pm | 7:30Am | 96 |

Purpose:
- [X] Illness/injury/incapacitation of requesting employee
- [ ] Medical/dental/optical examination of requesting employee
- [ ] Care of family member, including medical/dental/optical examination of family member, or bereavement
- [ ] Care of family member with a serious health condition
- [ ] Other

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

[ ] I hereby invoke my entitlement to Family and Medical Leave for:
- [ ] Birth/Adoption/Foster Care
- [ ] Serious health condition of spouse, son, daughter, or parent
- [ ] Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act. Medical certification of a serious health condition may be required by your agency.*

6. Remarks: Surgical Procedure

7. Certification: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification on this form may be grounds for disciplinary action, including removal.

7a. Employee Signature: Regina Bryant

7b. Date: 12/12/2022

8a. Official Action on Request: [ ] Approved [ ] Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for Disapproval:

8c. Supervisor Signature:

8d. Date:

**PRIVACY ACT STATEMENT**

Section 6311 of Title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: to the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to Title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management
5 CFR 630

Local Reproduction Authorized

OPM Form 71
Rev. September 2009
Formerly Standard Form (SF) 71
Previous editions usable

Print Form    Clear Form

**Ingram, Marcus L. (VHACLE)**

GOVERNMENT EXHIBIT
E

| | |
|---|---|
| **From:** | Ingram, Marcus L. (VHACLE) |
| **Sent:** | Thursday, December 15, 2022 3:14 PM |
| **To:** | Kendrick, Karen M. (VHACLE) |
| **Subject:** | Advance leave request Bryant, R |
| **Attachments:** | VANEOHS Advance Leave Memo Bryant R.docx |

Hello Karen,

Attached is an advance leave memo for employee Regina Bryant which requires your recommendation and signature.
Have a great rest of the day.

Marcus Ingram
Human Resource Assistant
VISN 10 Human Resources
Louis Stokes Va, Cleveland
marcus.ingram@va.gov
Ph:216-791-2300 ext 42171 | Fax:216-229-2235

VA | U.S. Department of Veterans Affairs

Servicing Ohio, Indiana and Michigan
Visit us at https://www.visn10.va.gov/

*How wos my service todoy? We value your feedback – please click on the link to take the Quick Card Survey.*

Confidentiality note: This e-mail is intended only for the person to whom is addresses and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify by reply e-mail and destroy the original message and all copies.

**This is the first email I received from the agency where they had approved for 240 hours of advanced sick leave and 96 hours of leave without pay to have the surgery. Even though the Chief of my department disapproved, the agency approved my time off from work anyway because the FMLA paper said I had cancer.**

**The date was December 21, 2022 at 12:32pm.**

**Regina Bryant**

**Bryant, Regina A. (VHACLE)**

| | |
|---|---|
| **From:** | Ingram, Marcus L. (VHACLE) |
| **Sent:** | Wednesday, December 21, 2022 12:32 PM |
| **To:** | Bryant, Regina A. (VHACLE) |
| **Cc:** | Holder, Teresa B. (VHACLE); Kendrick, Karen M. (VHACLE); Franklin, Lamar R. (VHACLE) |
| **Subject:** | Approved advanced leave for Regina Bryant |
| **Attachments:** | VANEOHS Advance Leave Memo Bryant R.pdf |

Hello All,

Attached is the approved advanced leave for Regina Bryant.

Marcus Ingram
Human Resource Assistant
VISN 10 Human Resources
Louis Stokes Va, Cleveland
marcus.ingram@va.gov
Ph:216-791-2300 ext 42171 | Fax:216-229-2235

VA | U.S. Department of Veterans Affairs

Servicing Ohio, Indiana and Michigan
Visit us at https://www.visn10.va.gov/

*How was my service today? We value your feedback -- please click on the link to take the* ***Quick Card Survey***.

Confidentiality note: This e-mail is intended only for the person to whom is addresses and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify by reply e-mail and destroy the original message and all copies.

VA | U.S. Department of Veterans Affairs
Veterans Health Administration
VA Northeast Ohio Healthcare System

10701 East Blvd
Cleveland, OH 44106

**DATE:** 12/15/2022

**FROM:** Human Resources Management Service

**SUBJ:** Advanced Leave Request

**TO:** ELT

**THRU:** Service Chief

1. Please see the attached request from Regina Bryant, Sterile Processing Service, Department of Veteran Affairs, Cleveland, OH. Ms. Bryant is requesting 240 hours of Advanced Sick Leave and 96 hours of LWOP to cover absences due to caring for self with a serious health condition. Ms. Bryant has provided support FMLA documentation for this purpose.
2. Ms. Bryant exhausted her current leave balance.
3. Ms. Bryant understands if she leaves government service prior to earning enough sick leave or annual to repay the amount of leave advanced, they will allow the VA to offset this indebtedness against their final salary, lump sum payment, and/or retirement fund.

[ ] Recommend [ X ] Not Recommend

12/20/2022

X Teresa Holder

Teresa Holder
Administrative Officer
Signed by: Department of Veterans Affairs

For/ Karen Kendrick Date

Chief, Sterile Processing Service

[ ] Approved [ ] Denied

Garett E Schreier 370269 Digitally signed by Garett E Schreier 370269 Date: 2022.12.21 12:15:19 -05'00'

Garret Schreier Date

Associate Director Patient Care Services

**This is the second email I received on December 21, 2022 at approximately 3:51pm telling me that I have been denied advanced sick leave and would not be allow to have time off to have my surgery. The person I was working with in human resource told me that the chief of my department had called the front office where they approved the leave and demand that I not be given the advanced sick leave for the surgery. He said the chief made such a big issue of it, they had no choice but to disapproved my leave. Only three hours after they had already approved it.**

**The person from human resource told me they tried to get leave without pay so I could still have the surgery. But my chief refused to agree to that either, she didn't want me to have anytime off, to have the surgery. He said that they couldn't go up against her, because she was making such a big deal about it and that they had no choice but to disapproved my leave.**

**All this happened three and half hours after I received the first email, of me being approve for leave.**

**I can literally say the only reason I have not been allowed to have this surgery is because the chief of my department has fault so hard to stop me from having this surgery.**

**Regina Bryant**

**Bryant, Regina A. (VHACLE)**

**From:** Ingram, Marcus L. (VHACLE)
**Sent:** Wednesday, December 21, 2022 3:51 PM
**To:** Bryant, Regina A. (VHACLE)
**Cc:** Holder, Teresa B. (VHACLE); Kendrick, Karen M. (VHACLE); Franklin, Lamar R. (VHACLE)
**Subject:** Disapproved advanced leave
**Attachments:** VANEOHS Advance Leave Memo Bryant R.pdf

Hello all,

The previous approval for Ms. Bryant was sent in error. This is the updated disapproval.

Marcus Ingram
Human Resource Assistant
VISN 10 Human Resources
Louis Stokes Va, Cleveland
marcus.ingram@va.gov
Ph:216-791-2300 ext 42171 | Fax:216-229-2235

VA | U.S. Department of Veterans Affairs

Servicing Ohio, Indiana and Michigan
Visit us at https://www.visn10.va.gov/

*How was my service today? We value your feedback – please click on the link to take the* ***Quick Card Survey****.*

**Confidentiality note:** This e-mail is intended only for the person to whom is addresses and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify by reply e-mail and destroy the original message and all copies.

VA | U.S. Department of Veterans Affairs
Veterans Health Administration
VA Northeast Ohio Healthcare System

10701 East Blvd
Cleveland, OH 44106

**DATE:** 12/15/2022

**FROM:** Human Resources Management Service

**SUBJ:** Advanced Leave Request

**TO:** ELT

**THRU:** Service Chief

1. Please see the attached request from Regina Bryant, Sterile Processing Service, Department of Veteran Affairs, Clevelend, OH. Ms. Bryant is requesting 240 hours of Advanced Sick Leave and 98 hours of LWOP to cover absences due to caring for self with a serious health condition. Ms. Bryant has provided support FMLA documentation for this purpose.
2. Ms. Bryant exhausted her current leave balance.
3. Ms. Bryant understands if she leaves government service prior to earning enough sick leave or annual to repay the amount of leave advanced, they will allow the VA to offset this indebtedness against their final salary, lump sum payment, and/or retirement fund.

[ ] Recommend [ X ] Not Recommend

12/20/2022

X Teresa Holder

Teresa Holder
Administrative Officer
Signed by: Department of Veterans Affairs

For/ Karen Kendrick Date

Chief, Sterile Processing Service

[ ] Approved [ ] Denied

Garett E Schreier 370269 Digitally signed by Garett E Schreier 370269 Date: 2022.12.21 12:15:19 -05'00'

Garret Schreier Date

Associate Director Patient Care Services

**Department of Veterans Affairs**

# Memorandum

GOVERNMENT EXHIBIT
N

**DATE:** 6/1/23

**FROM:** Human Resources, ELR

**SUBJECT:** Notice of Updated Approval for FMLA Coverage

**TO:** Regina Bryant

## SECTION I: REQUEST FOR FMLA

On 5/26/23 you invoked your entitlement for leave under the Family & Medical Leave Act (FMLA) for the following reason:

- ☐ The birth of your child and the care of such child
- ☐ The placement of a child with you for adoption or foster care, and to bond with the newborn or newly placed child
- ☑ Your own serious health condition
- ☐ You are needed to care for your spouse, child or parent due to a serious health condition of the family member
- ☐ A qualifying exigency arising out of the fact that your family member is on a covered active duty or has been notified of an impending call or order to covered active-duty status

## SECTION II – ELIGIBILITY DETERMINATION

Per 5 CFR 630.1203 eligible employees are entitled to 12 administrative workweeks (480 hours for a full-time employee, prorated for part-time employees) of FMLA leave during any 12-month period. The employee's 12-month FMLA period begins when the employee first invokes/uses FMLA leave. An employee is not entitled to 12 additional workweeks of leave until the previous 12-month period ends and an event or situation occurs that entitles the employee to another period of family or medical leave.

As a Full Time employee, you are eligible for up to 480 hours of FMLA in a 12-month period.

As of the date of this notice you have used 64 hours of your FMLA leave entitlement in your current approval period for a separate qualifying reason. For tracking purposes, we will call this **FMLA #**1.

It has been determined that you are eligible to use FMLA leave for the reason indicated in Section I above. For tracking purposes, we will call this **FMLA #**1. Your current approval period(s) is notated below.

The 12-month period for **FMLA #**1 Self began on 3/31/23 and will end on 3/30/24

Parameter: __________

The 12-month period for **FMLA #**2 Self began on 7/14/23 and will end on 8/28/23

Parameter: __________

The 12-month period for **FMLA #**___ Self began on ______ and will end on ______

Parameter: __________

The 12-month period for **FMLA #**___ Self began on ______ and will end on ______

Parameter: __________

The 12-month period for **FMLA #**___ Self began on ______ and will end on ______

Parameter: __________

## SECTION III – FMLA LEAVE APPROVED

We have reviewed the information related to your need for leave under the FMLA along with any supporting documented provided and decided that your FMLA request is:

- ☑ **APPROVED** beginning on 7/14/23 and ending on 8/28/23
- ☐ **APPROVED** to begin on the first day you use FMLA leave and will end on ________
- ☐ **APPROVED** to begin on the first day you use FMLA leave and will end 12-months from ... when you have used your 12 week entitlement, whichever occurs first.

Per 5 CFR 630.1203(b), an employee may **not** retroactively invoke his or her entitlement to FMLA. However, if an employee and his or her personal representative are physical or mentally incapable of invoking the employee's entitlement to FMLA during the entire period in which the employee is absent from work for an FMLA-qualifying purpose, the employee may retroactively invoke his or her entitlement to FMLA leave within 5 workdays after returning to work. In such cases, the incapacity of the employee must be documented by a written medical certification from a health care provider. In addition, the employee must provide documentation acceptable to the agency explaining the inability of his or her personal representative to contact the agency and invoke the employee's entitlement to FMLA leave during the entire period in which the employee was absent from work for an FMLA-qualifying purpose. An employee may take only the amount of family and medical leave that is necessary to manage the circumstances that prompted the need for leave.

The FMLA requires that you notify us as soon as practicable if the dates of scheduled leave change, are extended, or were initially unknown. Based on the information you have provided to date; we are providing the following information about the parameters for FMLA approval as follows:

☐ To attend planned medical treatment(s) on the following date(s): ______________________

☐ To receive evaluation or treatment by other health care provider(s) estimated to begin on ________ and end on ________ , with an estimated duration of treatment(s), including recovery period of: ______________________.

☐ To work a reduced work schedule beginning ________ and ending on ________
Parameters: ______________________

☑ Incapacitation for a continuous period of time estimated to begin on 7/14/23 and end on 8/28/23

☐ Unscheduled absences from work on an intermittent basis (*i.e.: episodic flareups*). Episodes of incapacity are estimated to occur up to _____ times per Month and are likely to last up to _______ Hours per episode.

If the frequency and/or duration of your absence(s) differ from the information provided on the medical certification, we may request that you provide updated medical certification.

## SECTION IV – RIGHTS AND RESPONSIBILITIES

A. FMLA is an unpaid leave benefit. You may elect to substitute annual leave and/or sick leave, consistent with current laws and OPM's regulations for using annual and leave, for any unpaid leave under the FMLA. You must notify your supervisor in advanced or when you give notice of your absence if wish to elect this option. Accumulated annual and sick leave cannot be substituted retroactively. However, leave donated under the Voluntary Leave Transfer Program, may be substituted retroactively beginning on the date the emergency began.

B. For FMLA related absences that are anticipated, such as scheduled medical appointments, you must notify your supervisor in advance. For unanticipated absences, you are required to notify your supervisor of your absence in accordance with the established call-in procedures or as soon as practicable. You must inform your supervisor, or their designee, at the time of your notification if you wish to invoke your FMLA entitlement and whether you wish to cover the absence with accrued paid leave. If

you do not invoke FMLA and you do not have sufficient paid leave to cover an absence, you may be considered absent without leave (AWOL).

C. Upon return from FMLA leave, you must be returned to the same position or to an "equivalent position with equivalent benefits, pay, status and other terms and conditions of employment."

D. While on approved FMLA leave, your federal benefits will continue at the same level and under the same conditions. However, be advised that periods of LWOP can impact leave accruals. Employees in a LWOP status forfeit the sick leave an annual leave accrual for any pay period in which the cumulative amount of LWOP equals or exceeds the number of hours in their bi-weekly tour of duty. Click on the below link to review the fact sheet from the Office of Personnel Management (OPM) which explains the effects that LWOP may have on employment and benefits. https://www.opm.gov/policy-data-oversight/pay-leave/leave-administration/fact-sheets/effect-of-extended-leave-without-pay-lwop-or-other-nonpay-status-on-federal-benefits-and-programs/

E. Each pay period that you are enrolled in Federal Health Benefits (FEHB), you are responsible for payment of the employee share of the premiums. When you enter a non-pay status, or your pay is insufficient to cover the premiums, you must either (1) Terminate the enrollment; or (2) Continue the enrollment and agree to pay the premium or incur a debt. You are required to complete the enclosed FEHB Option Whiles in Non-Pay Status and return it to Payroll within 31 days of this notice.

F. A leave request must be submitted in VATAS for every absence. VATAS has specific codes for entering leave time under the FMLA. If you have questions or need assistance with entering your leave in VATAS, please contact your supervisor or timekeeper.

**FMLA: DC**
**Care for Relative with a Serious Health Condition**

FMLA: LA - Annual, DC
FMLA: LB - Advanced Annual, DC
FMLA: LS - Sick, DC
FMLA: LG - Advanced Sick, DC
FMLA: KA - LWOP, DC

FMLA: LP - Annual, Restored #3, DC
FMLA: LQ - Annual, Restored #2, DC
FMLA: LR - Annual, Restored #1, DC
FMLA: CF - Travel Comp Time, DC
FMLA: CT - Comp Time Taken, DC
FMLA: CN - Credit Hours Taken, DC

**FMLA: DD**
**Serious Health Condition of Employee**

FMLA: LA Annual, DD
FMLA: LB Advanced Annual, DD
FMLA: LS Sick, DD
FMLA: LG Advanced Sick, DD
FMLA: KA LWOP, DD

FMLA: LP - Annual, Restored #3, DD
FMLA: LQ - Annual, Restored #2, DD
FMLA: LR - Annual, Restored #1, DD
FMLA: CF - Travel Comp Time, DD
FMLA: CT - Comp Time Taken, DD
FMLA: CN - Credit Hours Taken, DD

## SECTION V – CONTACT INFORMATION

If you have any questions regarding this notice of approval, please contact:
darnell.williams@va.gov

DARNELL WILLIAMS Digitally signed by DARNELL WILLIAMS Date: 2023.07.07 10:54:16 -04'00'

Human Resources Date

Cc: Supervisor

Payroll

Enclosures: FEHB while in NonPay Status

# Federal Employee Health Benefits (FEHB) Options while in NonPay Status

Name of Employee: ______________________ Date: ----------

Social Security Number: ______________________ Division: ---------

**You must respond within 31 days (45 days for employees residing overseas), of this notice or your FEHB enrollment or you will automatically begin receiving a bill for advanced FEHB.**

Each pay period that you are enrolled in the FEHB program, you are responsible for payment of the employee share of the premium. When you enter non-pay status, or your pay is insufficient to cover the premium, you must:

1. Terminate the enrollment; or
2. Continue the enrollment and agree to pay the premium or incur a debt.

**TERMINATING THE ENROLLMENT**

If you elect to terminate your enrollment (or the enrollment automatically terminates), the termination will take effect at the end of the last pay period in which premiums were withheld from pay. FEHB coverage will continue at no cost to you for an additional 31 days. During the 31 days, you and your covered family members may convert to a non-group contract. The termination is not considered a break in the continuous coverage necessary for continuing FEHB coverage into retirement. However, the period during which termination is in effect does not count toward satisfying the required 5 years of continuous coverage. When you return to pay and duty status, or at the end of the first pay period your pay becomes sufficient to cover your premium, you must re-enroll within 31 days if you want FEHB coverage.

**CONTINUING THE ENROLLMENT AND AGREEING TO PAY THE PREMIUM**

If you elect to **continue your coverage**, you must elect to pay the premiums directly or incur a debt in the amount of the unpaid premiums If you elect to pay directly, mail a check or money order payable to "Department of Veterans Affairs". On the check, include your name, social security number, a note that the payment is for "FEHB premium", and the pay period for which the payment is being made. Mail your payment to the Agent Cashier's office located at the facility at which are currently assigned.

If you elect to **incur a debt**, or if you elect to pay directly but fail to pay the entire amount due, you will receive a notice stating the total amount you owe. The notice will be sent when you return to pay status, your pay becomes sufficient to cover premiums, or you separate from employment. By electing to continue coverage, you agree that the amount due will be withheld from your salary by deducting the regular FEHB premium and an additional premium each pay period until the debt is paid. If the amount due cannot be withheld in full from your salary, it will be recovered as a lump sum payment of accrued leave, income tax refunds, amounts payable under the Civil Service Retirement System or Federal Employees Retirement System, or any other source normally available for the recovery of a debt due to the United States. If you elect to incur a debt, interest and administrative fees will be added to the final cost.

**Please check the appropriate space(s) below, sign and return this notice to your local Worklife Benefits office.**

***After reading and understanding the above, I elect to:***

☐ Continue the enrollment (check one): ☐ Submit Direct Payments ☐ Incur a debt

☐ Terminate the enrollment.

Signature: Date:

VA | U.S. Department of Veterans Affairs
Veterans Health Administration
VA Northeast Ohio Healthcare System

10701 East Blvd
Cleveland, OH 44106

GOVERNMENT EXHIBIT
O

# Memorandum

**DATE:** June 13, 2023

**FROM:** Human Resources Management Service

**SUBJ:** Advanced Leave Request

**TO:** Tim Heimann, Acting, Executive Director/CEO
**THRU:** Chief, Sterile Processing Service

1. Please see the attached request from Ms. Regina Bryant, Medical Supply Technician, Louis Stokes Cleveland Ohio. Ms. Regina Bryant is requesting 120 hours of Annual Leave and 120 Sick Leave to cover absences due to a Surgical Procedure scheduled on 7/14/2023. Ms. Regina Bryant has provided supporting documentation for this purpose.

2. Ms. Regina Bryant current leave balance is 26.00 annual and 16.30 sick leave.

3. Ms. Regina Bryant understands if she leaves government service prior to earning enough sick leave or annual to repay the amount of leave advanced, she will allow the VA to offset this indebtedness against her final salary, lump sum payment, and/or retirement fund.

[ ] Recommend [ X] Not Recommend

**Justification:** Staff member continues to use up her time and FMLA time for the last 3 years. It would be difficult for the staff member to make up the advanced leave. The tour of duty is down staff members and providing the advanced leave would impede operations for the shift.

X Karen M. Kendrick, CRCST, CRMST
Karen M. Kendrick, RN, CRCST, CRMST
Chief - Sterile Processing Service
Signed by: KAREN KENDRICK

Date: 06/15/2023

~~Approved~~/Disapproved

[signature]
Tim Heimann, PharmD, MBA
Acting, Executive Director/CEO
VA Northeast Ohio Healthcare System

6/22/23
Date

**Bryant, Regina A. (VHACLE)**

| | |
|---|---|
| **From:** | Kendrick, Karen M. (VHACLE) |
| **Sent:** | Thursday, June 15, 2023 10:05 AM |
| **To:** | Williams, Darnell L. (VHACLE); Singleton, Choni L. (VHACLE) |
| **Cc:** | Bryant, Regina A. (VHACLE) |
| **Subject:** | RE: Request from Regina Bryant |

Darnell
I need the other supporting documents on the time that Regina Bryant will be out due to the surgical procedure. I have reached out to Ms. Bryant for the documentation, I can not approve the adv. Leave until I have the specifics of the time she will be out. Once received, I will then complete the document

*Karen M. Kendrick, RN. CRCST. CRMST*

Karen M. Kendrick, RN, CRCST,CRMST
Chief, Sterile Processing Service
VA NorthEast Ohio HealthCare System
10701 East Blvd.
Cleveland, Ohio 44106
Office: 216-791-3800, ext 65246
Work Cell: 216-541-3454
Cell: 440-622-9533

Thank you

**From:** Williams, Darnell L. (VHACLE) <Darnell.Williams@va.gov>
**Sent:** Tuesday, June 13, 2023 3:36 PM
**To:** Kendrick, Karen M. (VHACLE) <Karen.Kendrick2@va.gov>
**Cc:** Bryant, Regina A. (VHACLE) <Regina.Bryant3@va.gov>
**Subject:** RE: Request from Regina Bryant

Good afternoon Karen Kendrick,

I attached Regina Bryant Advance Leave Memo for approval. Please complete and sign at your earliest convenience. Please reach out if you have additional questions.

Thank you,

*Darnell Williams*
Human Resource Assistant
VISN 10 HR – Serving Indiana, Michigan, and Ohio
U.S. Department of Veterans Affairs
Cleveland SBU
216-791-2300
darnell.williams@va.gov

**From:** Kendrick, Karen M. (VHACLE) <Karen.Kendrick2@va.gov>
**Sent:** Wednesday, June 7, 2023 3:30 PM
**To:** Williams, Darnell L. (VHACLE) <Darnell.Williams@va.gov>
**Subject:** RE: Request from Regina Bryant

No problem.

**From:** Williams, Darnell L. (VHACLE) <Darnell.Williams@va.gov>
**Sent:** Wednesday, June 7, 2023 2:25 PM
**To:** Kendrick, Karen M. (VHACLE) <Karen.Kendrick2@va.gov>
**Subject:** RE: Request from Regina Bryant

Thank you so much!

Darnell

**From:** Kendrick, Karen M. (VHACLE) <Karen.Kendrick2@va.gov>
**Sent:** Wednesday, June 7, 2023 2:01 PM
**To:** Williams, Darnell L. (VHACLE) <Darnell.Williams@va.gov>
**Subject:** RE: Request from Regina Bryant

attached

**From:** Williams, Darnell L. (VHACLE) <Darnell.Williams@va.gov>
**Sent:** Wednesday, June 7, 2023 10:50 AM
**To:** Kendrick, Karen M. (VHACLE) <Karen.Kendrick2@va.gov>
**Subject:** Request from Regina Bryant

Good morning Karen Kendrick,

Regina Bryant submitted a Request for Leave or Approved Absence form. It's missing supervisors signature and date. Please sign and return attached form at your earliest convenience.

Thank you,

Darnell Williams
Human Resource Assistant
VISN 10 HR Serving Indiana, Michigan, and Ohio
U.S. Department of Veterans Affairs
Cleveland SBU
216-791-2300
darnell.williams@va.gov
VISN 10 HR SharePoint
VISN 10 HR SharePoint User Feedback Survey
HR Customer Service Survey

*CONFIDENTIALITY NOTICE: This message is intended only for the recipients(s) to which it is addressed, and may contain information that is privileged, confidential, or otherwise protected from disclosure. Please ensure this information is protected from unauthorized access. Disseminating, distributing, printing or copying this message or the information herein (except by the intended recipient for official government business) is*

*prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, permanently delete the original, and destroy printed copies.*

**Bryant, Regina A. (VHACLE)**

**From:** Kendrick, Karen M. (VHACLE)
**Sent:** Thursday, June 15, 2023 10:03 AM
**To:** Bryant, Regina A. (VHACLE)
**Cc:** Singleton, Choni L. (VHACLE)
**Subject:** advanced leave

Regina
On your request for advanced Leave, it states due to a surgical procedure, I need to provide the documentation from your physician on the surgical procedure and time that you will be out.
Thank you

*Karen M. Kendrick, RN. CRCST. CRMST*

Karen M. Kendrick, RN, CRCST,CRMST
Chief, Sterile Processing Service
VA NorthEast Ohio HealthCare System
10701 East Blvd.
Cleveland, Ohio 44106
Office: 216-791-3800, ext 65246
Work Cell: 216-541-3454
Cell: 440-622-9533

**Bryant, Regina A. (VHACLE)**

| | |
|---|---|
| **From:** | Bryant, Regina A. (VHACLE) |
| **Sent:** | Thursday, July 13, 2023 5:04 AM |
| **To:** | Kendrick, Karen M. (VHACLE) |
| **Cc:** | Singleton, Choni L. (VHACLE); Holder, Teresa B. (VHACLE) |
| **Subject:** | Your Request for information from my Physician about my Surgical Procedure |

**Dear Karen**

**On July 7, 2023, Human Resources department e-mailed you a copy of my FMLA notice of Approval for my Surgical Procedure.**

**All the necessary paperwork for my Surgical procedure with the dates and times that I will return to work was included in the FMLA paperwork. All the supporting documented from my physician's office is already in the Human Resource department.**

---

**Please contact: Darnell Williams in the Human Resource department if you have any other question.**

**Regina Bryant**

**Bryant, Regina A. (VHACLE)**

| | |
|---|---|
| **From:** | Bryant, Regina A. (VHACLE) |
| **Sent:** | Friday, June 16, 2023 11:47 PM |
| **To:** | Kendrick, Karen M. (VHACLE) |
| **Cc:** | Singleton, Choni L. (VHACLE); Williams, Darnell L. (VHACLE) |
| **Subject:** | Request for Advanced leaver for Surgical Procedure |

**Dear Karen**

**I just want to make sure I understand you correctly. For you to Approve my time off for this Surgery. You need more information from my physician about my surgical procedure.**

**Human Resource already has all the information about my Surgical Procedure and the dates that my physician requested for me to be off.**

**Human resource is only waiting for your Signature to complete this process.**

**Regina Bryant**

1

**Bryant, Regina A. (VHACLE)**

| | |
|---|---|
| **From:** | Kendrick, Karen M. (VHACLE) |
| **Sent:** | Tuesday, June 20, 2023 10:51 AM |
| **To:** | Bryant, Regina A. (VHACLE) |
| **Cc:** | Singleton, Choni L. (VHACLE); Williams, Darnell L. (VHACLE) |
| **Subject:** | RE: Request for Advanced leaver for Surgical Procedure |

Yes HR can not share the information with me, you will have to share the information with me, so I can look at time out and away, staffing needs etc.

**From:** Bryant, Regina A. (VHACLE) <Regina.Bryant3@va.gov>
**Sent:** Friday, June 16, 2023 11:47 PM
**To:** Kendrick, Karen M. (VHACLE) <Karen.Kendrick2@va.gov>
**Cc:** Singleton, Choni L. (VHACLE) <Choni.Singleton@va.gov>; Williams, Darnell L. (VHACLE) <Darnell.Williams@va.gov>
**Subject:** Request for Advanced leaver for Surgical Procedure

**Dear Karen**

**I just want to make sure I understand you correctly. For you to Approve my time off for this Surgery. You need more information from my physician about my surgical procedure.**

**Human Resource already has all the information about my Surgical Procedure and the dates that my physician requested for me to be off.**

**Human resource is only waiting for your Signature to complete this process.**

**Regina Bryant**

GOVERNMENT EXHIBIT
Q

**Bryant, Regina A. (VHACLE)**

| | |
|---|---|
| **From:** | Williams, Darnell L. (VHACLE) |
| **Sent:** | Friday, July 7, 2023 3:36 PM |
| **To:** | Bryant, Regina A. (VHACLE) |
| **Cc:** | Kendrick, Karen M. (VHACLE); Holder, Teresa B. (VHACLE) |
| **Subject:** | FMLA Approval for Regina Bryant |
| **Attachments:** | Regina Bryant FMLA Notice of Approval - Multiple.pdf; FMLA Tracking - New DOAS Version.xls |

Hello Regina Bryant,

I attached your FMLA approval letter and tracker.

Thank you,

Darnell Williams
Human Resource Assistant
VISN 10 HR – Serving Indiana, Michigan, and Ohio
U.S. Department of Veterans Affairs
Cleveland SBU
216-791-2300
darnell.williams@va.gov
VISN 10 HR SharePoint
VISN 10 HR SharePoint User Feedback Survey
HR Customer Service Survey

*CONFIDENTIALITY NOTICE: This message is intended only for the recipients(s) to which it is addressed, and may contain information that is privileged, confidential, or otherwise protected from disclosure. Please ensure this information is protected from unauthorized access. Disseminating, distributing, printing or copying this message or the information herein (except by the intended recipient for official government business) is prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail, permanently delete the original, and destroy printed copies.*

**Department of Veterans Affairs**

# Memorandum

**DATE:** 6/1/23

**FROM:** Human Resources, ELR

**SUBJECT:** Notice of Updated Approval for FMLA Coverage

**TO:** Regina Bryant

**SECTION I: REQUEST FOR FMLA**

On 5/26/23 you invoked your entitlement for leave under the Family & Medical Leave Act (FMLA) for the following reason:

- ☐ The birth of your child and the care of such child
- ☐ The placement of a child with you for adoption or foster care, and to bond with the newborn or newly placed child
- ☑ Your own serious health condition
- ☐ You are needed to care for your spouse, child or parent due to a serious health condition of the family member
- ☐ A qualifying exigency arising out of the fact that your family member is on a covered active duty or has been notified of an impending call or order to covered active-duty status

**SECTION II – ELIGIBILITY DETERMINATION**

Per 5 CFR 630.1203 eligible employees are entitled to 12 administrative workweeks (480 hours for a full-time employee, prorated for part-time employees) of FMLA leave during any 12-month period. The employee's 12-month FMLA period begins when the employee first invokes/uses FMLA leave. An employee is not entitled to 12 additional workweeks of leave until the previous 12-month period ends and an event or situation occurs that entitles the employee to another period of family or medical leave.

As a Full Time employee, you are eligible for up to 480 hours of FMLA in a 12-month period.

As of the date of this notice you have used 64 hours of your FMLA leave entitlement in your current approval period for a separate qualifying reason. For tracking purposes, we will call this **FMLA #** 1.

It has been determined that you are eligible to use FMLA leave for the reason indicated in Section I above. For tracking purposes, we will call this **FMLA #** 1. Your current approval period(s) is notated below.

The 12-month period for **FMLA #** 1 Self began on 3/31/23 and will end on 3/30/24

Parameter: ______

The 12-month period for **FMLA #** 2 Self began on 7/14/23 and will end on 8/28/23

Parameter: ______

The 12-month period for **FMLA #**___ Self began on ______ and will end on ______

Parameter: ______

The 12-month period for **FMLA #**___ Self began on ______ and will end on ______

Parameter: ______

The 12-month period for **FMLA #**___ Self began on ______ and will end on ______

Parameter: ______

## SECTION III – FMLA LEAVE APPROVED

We have reviewed the information related to your need for leave under the FMLA along with any supporting documented provided and decided that your FMLA request is:

- [x] **APPROVED** beginning on 7/14/23 and ending on 8/28/23
- [ ] **APPROVED** to begin on the first day you use FMLA leave and will end on ______
- [ ] **APPROVED** to begin on the first day you use FMLA leave and will end 12-months from that date or when you have used your 12-week entitlement, whichever occurs first.

Per 5 CFR 630.1203(b), an employee may not retroactively invoke his or her entitlement to FMLA. However, if an employee and his or her personal representative are physical or mentally incapable of invoking the employee's entitlement to FMLA during the entire period in which the employee is absent from work for an FMLA-qualifying purpose, the employee may retroactively invoke his or her entitlement to FMLA leave within 5 workdays after returning to work. In such cases, the incapacity of the employee must be documented by a written medical certification from a health care provider. In addition, the employee must provide documentation acceptable to the agency explaining the inability of his or her personal representative to contact the agency and invoke the employee's entitlement to FMLA leave during the entire period in which the employee was absent from work for an FMLA-qualifying purpose. An employee may take only the amount of family and medical leave that is necessary to manage the circumstances that prompted the need for leave.

The FMLA requires that you notify us as soon as practicable if the dates of scheduled leave change, are extended, or were initially unknown. Based on the information you have provided to date; we are providing the following information about the parameters for FMLA approval as follows:

☐ To attend planned medical treatment(s) on the following date(s): ______________________

☐ To receive evaluation or treatment by other health care provider(s) estimated to begin on ________ and end on _________ , with an estimated duration of treatment(s), including recovery period of: ______________________.

☐ To work a reduced work schedule beginning __________ and ending on _________ Parameters: ______________________

☑ Incapacitation for a continuous period of time estimated to begin on 7/14/23 and end on 8/28/23

☐ Unscheduled absences from work on an intermittent basis (*i.e.: episodic flareups*). Episodes of incapacity are estimated to occur up to _____ times per Month and are likely to last up to _______ Hours per episode.

If the frequency and/or duration of your absence(s) differ from the information provided on the medical certification, we may request that you provide updated medical certification.

## SECTION IV – RIGHTS AND RESPONSIBILITIES

A. FMLA is an unpaid leave benefit. You may elect to substitute annual leave and/or sick leave, consistent with current laws and OPM's regulations for using annual and leave, for any unpaid leave under the FMLA. You must notify your supervisor in advanced or when you give notice of your absence if wish to elect this option. Accumulated annual and sick leave cannot be substituted retroactively. However, leave donated under the Voluntary Leave Transfer Program, may be substituted retroactively beginning on the date the emergency began.

B. For FMLA related absences that are anticipated, such as scheduled medical appointments, you must notify your supervisor in advance. For unanticipated absences, you are required to notify your supervisor of your absence in accordance with the established call-in procedures or as soon as practicable. You must inform your supervisor, or their designee, at the time of your notification if you wish to invoke your FMLA entitlement and whether you wish to cover the absence with accrued paid leave. If

you do not invoke FMLA and you do not have sufficient paid leave to cover an absence, you may be considered absent without leave (AWOL).

C. Upon return from FMLA leave, you must be returned to the same position or to an "equivalent position with equivalent benefits, pay, status and other terms and conditions of employment."

D. While on approved FMLA leave, your federal benefits will continue at the same level and under the same conditions. However, be advised that periods of LWOP can impact leave accruals. Employees in a LWOP status forfeit the sick leave an annual leave accrual for any pay period in which the cumulative amount of LWOP equals or exceeds the number of hours in their bi-weekly tour of duty. Click on the below link to review the fact sheet from the Office of Personnel Management (OPM) which explains the effects that LWOP may have on employment and benefits. https://www.opm.gov/policy-data-oversight/pay-leave/leave-administration/fact-sheets/effect-of-extended-leave-without-pay-lwop-or-other-nonpay-status-on-federal-benefits-and-programs/

E. Each pay period that you are enrolled in Federal Health Benefits (FEHB), you are responsible for payment of the employee share of the premiums. When you enter a non-pay status, or your pay is insufficient to cover the premiums, you must either (1) Terminate the enrollment; or (2) Continue the enrollment and agree to pay the premium or incur a debt. You are required to complete the enclosed FEHB Option Whiles in Non-Pay Status and return it to Payroll within 31 days of this notice.

F. A leave request must be submitted in VATAS for every absence. VATAS has specific codes for entering leave time under the FMLA. If you have questions or need assistance with entering your leave in VATAS, please contact your supervisor or timekeeper.

**FMLA: DC**
**Care for Relative with a Serious Health Condition**

FMLA: LA - Annual, DC
FMLA: LB - Advanced Annual, DC
FMLA: LS - Sick, DC
FMLA: LG - Advanced Sick, DC
FMLA: KA - LWOP, DC

FMLA: LP - Annual, Restored #3, DC
FMLA: LQ - Annual, Restored #2, DC
FMLA: LR - Annual, Restored #1, DC
FMLA: CF - Travel Comp Time, DC
FMLA: CT - Comp Time Taken, DC
FMLA: CN - Credit Hours Taken, DC

**FMLA: DD**
**Serious Health Condition of Employee**

FMLA: LA - Annual, DD
FMLA: LB - Advanced Annual, DD
FMLA: LS - Sick, DD
FMLA: LG - Advanced Sick, DD
FMLA: KA - LWOP, DD

FMLA: LP - Annual, Restored #3, DD
FMLA: LQ - Annual, Restored #2, DD
FMLA: LR - Annual, Restored #1, DD
FMLA: CF - Travel Comp Time, DD
FMLA: CT - Comp Time Taken, DD
FMLA: CN - Credit Hours Taken, DD

## SECTION V – CONTACT INFORMATION

If you have any questions regarding this notice of approval, please contact:
darnell.williams@va.gov

DARNELL WILLIAMS Digitally signed by DARNELL WILLIAMS
Date: 2023.07.07 10:54:16 -04'00'

Human Resources — Date

Cc: Supervisor

Payroll

Enclosures: FEHB while in NonPay Status

FW: Your Request for information from my Physician about my Surgical Procedure

From: Bryant, Regina A. (VHACLE) (regina.bryant3@va.gov)
To: ginab2324@yahoo.com
Date: Thursday, July 13, 2023 at 03:04 PM EDT

GOVERNMENT EXHIBIT
5

**From:** Kendrick, Karen M. (VHACLE) <Karen.Kendrick2@va.gov>
**Sent:** Thursday, July 13, 2023 7:26 AM
**To:** Bryant, Regina A. (VHACLE) <Regina.Bryant3@va.gov>
**Cc:** Singleton, Choni L. (VHACLE) <Choni.Singleton@va.gov>; Holder, Teresa B. (VHACLE) <Teresa.Holder2@va.gov>
**Subject:** Re: Your Request for information from my Physician about my Surgical Procedure

Ok I will have to review it usually for medical procedures paperwork from the physician office

Get Outlook for iOS

---

**From:** Bryant, Regina A. (VHACLE) <Regina.Bryant3@va.gov>
**Sent:** Thursday, July 13, 2023 5:04:29 AM
**To:** Kendrick, Karen M. (VHACLE) <Karen.Kendrick2@va.gov>
**Cc:** Singleton, Choni L. (VHACLE) <Choni.Singleton@va.gov>; Holder, Teresa B. (VHACLE) <Teresa.Holder2@va.gov>
**Subject:** Your Request for information from my Physician about my Surgical Procedure

Dear Karen

On July 7, 2023, Human Resources department e-mailed you a copy of my FMLA notice of Approval for my Surgical Procedure.

All the necessary paperwork for my Surgical procedure with the dates and times that I will return to work was included in the FMLA paperwork. All the supporting documented from my physician's office is already in the Human Resource department.

Please contact: Darnell Williams in the Human Resource department if you have any other question.

Regina Bryant

**Bryant, Regina A. (VHACLE)**

**From:** Kendrick, Karen M. (VHACLE)
**Sent:** Thursday, July 13, 2023 3:31 PM
**To:** Bryant, Regina A. (VHACLE)
**Cc:** Singleton, Choni L. (VHACLE); Holder, Teresa B. (VHACLE); Helm, Vanessa K.
**Subject:** RE: I just wanted to make sure that you remembered to approve my FMLA leave without pay for my surgical procedure

Yes I saw your requests I just returned from vacation from last week and trying to catch up with requests and emails., but it is approved, no worries, since I have seen the approved time with your FMLA paperwork and have copies of that
Thank you and Good Luck

*Karen M. Kendrick, RN, CRCST, CRMST*

Karen M. Kendrick, RN, CRCST,CRMST
Chief, Sterile Processing Service
VA Northeast Ohio HealthCare System
10701 East Blvd.
Cleveland, Ohio 44106
Office: 216-791-3800, Ext. 65246
Work Cell: 216-541-3454
Cell: 440-622-9533

---

**From:** Bryant, Regina A. (VHACLE) <Regina.Bryant3@va.gov>
**Sent:** Thursday, July 13, 2023 3:00 PM
**To:** Kendrick, Karen M. (VHACLE) <Karen.Kendrick2@va.gov>
**Cc:** Singleton, Choni L. (VHACLE) <Choni.Singleton@va.gov>; Holder, Teresa B. (VHACLE) <Teresa.Holder2@va.gov>; Helm, Vanessa K. <Vanessa.Helm@va.gov>
**Subject:** I just wanted to make sure that you remembered to approve my FMLA leave without pay for my surgical procedure

**Dear Karen**

**I entered my FMLA leave without pay for my Surgical Procedure on July 10, 2023, I have not seen it was approved yet. I just wanted to make sure that you remembered to approve it. I will be out of the department from July 14, 2023 to August 29, 2023.**

**Thank you**

GOVERNMENT EXHIBIT
1

# ABSENCE AND LEAVE FOR GENERAL SCHEDULE, FEDERAL WAGE SYSTEM AND NON-APPROPRIATED FUND EMPLOYEES

**MCP 005-007**

**VA NORTHEAST OHIO HEALTHCARE SYSTEM**
**10701 East Boulevard**
**Cleveland, Ohio 44106**

**Signatory Authority:**
Jill Dietrich Mellon, JD, MBA, FACHE
Executive Director

**Responsible Owner:**
Senior Strategic Business Partner, VISN 10 Human Resources

**Recission:**
None

**Effective Date:**
September 1, 2022

**Recertification Date:**
September 1, 2027

## 1. POLICY

It is the policy of the VA Northeast Ohio Health Care System to abide by all rules, regulations and contractual obligations allowing all employees the opportunity to utilize leave appropriately while maintaining the mission of the facility.

## 2. JUSTIFICATION

This Medical Center Policy (MCP) implements Veterans Affairs (VA) Handbook 5011, to ensure employees are informed of the policy covering all types of leave and hours of duty for civil service employees of the VA Northeast Ohio Healthcare System.

## 3. SUPERVISOR RESPONSIBILITIES

Supervisors will insure that leave administration of annual and sick leave (including Family Friendly Leave Act), Leave Without Pay (LWOP), legal holidays, military leave, court leave, and authorized absence are applied on a fair and consistent basis while maintaining necessary coverage for operational requirements for temporary and non-temporary employees appointed under competitive and excepted civil service authorities and Canteen service employees.

a. Full-time physicians, podiatrists, dentists, and optometrists are continuously subject to call unless officially excused by proper authority. This requirement as to availability exists 24 hours per day, 7 days per week. Duty schedules shall be established as appropriate and necessary for performance of services in the care and treatment of patients.

b. Leave accrual and charges are based on type of appointment and/or seniority with the Federal service.

(1) Employees will accrue Annual Leave and Sick Leave in accordance with VA and Office of Personnel Management (OPM) regulations, and hours on duty each pay period.

(2) Full-time Physicians, Podiatrists, Dentists, Optometrists, and Chiropractors shall earn a total of 208 hours of Annual Leave per year. Not more than 688 hours of accumulated Annual Leave may be carried forward at the end of any leave year. A total of 104 hours of Sick Leave is earned per year. There is no limitation on the amount of accumulated Sick Leave which may be carried forward at the end of a year. The minimum charge for leave is one hour and multiples thereof. No charge will be made for leave on a non-duty day.

(3) Full-time Nurses, Nurse Practitioners, and Physician Assistants shall accrue Annual Leave at the rate of eight hours for each full pay period. Not more than 685 hours of accumulated Annual Leave may be carried forward at the end of any leave year. Sick Leave shall accrue at the rate of four hours for each full pay period. There is no limitation on the amount of accumulated Sick Leave which may be carried forward at the end of the leave year.

(4) Part-Time Physicians, Podiatrists, Dentists, Optometrists, Nurses, Nurse Practitioners, and Physician Assistants shall accrue Annual Leave at the rate of 1 hour for each 10 hours in a pay status. Not more than 240 hours of accumulated Annual Leave may be carried forward at the end of any leave year. Sick Leave shall accrue at the rate of 1 hour for each 20 hours in a pay status. There is no limitation on the amount of accumulated Sick Leave which may be carried forward at the end of the year.

(5) Employees may request Annual Leave and Sick Leave in ¼ hour (15 minute) increments. Full-time Physicians, Podiatrists, Dentists, Optometrists, and Chiropractors must request leave in 1-hour increments.

(a) Annual Leave must be requestedthrough the electronic timekeeping system and approved through the Service Chief and/or supervisor.

(b) Advanced Annual Leave must be requested in a memo and approved through the Executive Director.

(6) Holidays will not be charged to Annual Leave or Sick Leave. Employees are subject to being charged absent without leave (AWOL) for not working when scheduled to work a holiday.

c. Supervisors will consider requests for Annual Leave, Compensatory Time, and Leave Without Pay in light of current and anticipated workloads. Employees shall be encouraged to take at least two consecutive weeks of Annual Leave each year for rest and relaxation. They must plan Annual Leave in advance in order to avoid forfeiture at the end of the leave year. In the event they are unable to use scheduled Annual Leave at the end of a year, they may request leave restoration as specified in Section III, W.

d. Sick leave will be granted, if available, when an employee is incapacitated for performance of duties by sickness, injury, pregnancy, or confinement; receives medical, dental, or optical examination or treatment; is required to give care and attendance to an immediate family member who is afflicted with a contagious disease; would jeopardize the health of others by being present on duty after exposure to a contagious disease; is required to give care and attendance to an immediate family member; or required to use time for purposes related to the adoption of a child.

(1) Approval of Sick Leave is contingent upon having a sufficient Sick Leave balance. It is the responsibility of the employee to manage his/her leave and know the balance. The use of approved leave is contingent upon an adequate leave balance. Failure to maintain an adequate leave balance may result in AWOL and potentially formal discipline.

(2) It is the responsibility of the employee to enter his/her electronic leave request into the electronic timekeeping system on the first day of his/her return to duty. Failure to request leave appropriately and timely will result in conversion to AWOL status with the potential for discipline.

(3) It is the responsibility of an employee who is incapacitated for duty to notify the immediate supervisor or designee (or have any responsible person make the notification for the employee) at the worksite as soon as possible, but no later than two hours after the employee is scheduled to report for duty unless mitigating circumstances exist.

(4) Supervisors have the authority to require additional information in support of a leave request in any situation where the request is for Sick Leave in excess of three workdays or for care and attendance of an immediate family member with a contagious disease. This may also be necessary in a situation involving an employee who has been placed under medical certification requirements in accordance with VA regulations or local bargaining unit procedures.

(5) A Veteran employee must be granted Sick Leave, Annual Leave, or Leave Without Pay, if necessary, for treatment of a service-connected disability of a medical condition provided the employee has given advance notice from their provider that medical treatment is required.

(6) Full Time Physicians, Dentists, Podiatrists, Optometrists, and Chiropractors may be granted Advanced Sick Leave up to 360 hours; full time Nurses, Nurse Anesthetists, Physician Assistants, and expanded-function Dental may be granted up to 360 hours of Advanced Sick Leave; employees with no time limit in their appointment maybe advanced up to 240 hours with the approval of the Executive Director for:

(a) Incapacitation for the performance of their duties by physical or mental illness, injury, pregnancy, or childbirth;

(b) Serious health condition of the employee or a family member.

(c) When the employee would, as determined by the health authorities having jurisdiction or by a health care provider, jeopardize the health of others by his or her presence on the job because of exposure to a communicable disease;

(d) The purposes relating to the adoption of a child; or

(e) The care of a covered service member with a serious injury or illness, provided the employee is exercising his or her entitlement to FMLA to care for a covered service member

(7) Full time employees may be granted Advanced Sick Leave up to 104 hours with the approval of the Executive Director for:

(a) Receiving medical, dental, or optical examinations or treatment;

(b) Providing care for a family member who is incapacitated by a medical or mental condition or to attend to a family member receiving medical, dental, or optical examinations or treatment;

(c) Providing care for a family member who would, as determined by the health authorities having jurisdiction or by a health care provider, jeopardize the health of others by that family member's presence in the community because of exposure to a communicable disease; or

(d) Making arrangements necessitated by the death of a family member or to attend the funeral of a family member.

e. Court Leave may be granted to an employee who is subpoenaed as a juror or a witness. When neither of the parties in the case are a governmental entity, Annual Leave or Leave Without Pay must be used. An employee who is summoned as a witness in an official capacity on behalf of the Federal government will be considered to be on Official Duty. Additional information on the use of Court Leave may be obtained from VISN 10 Human Resources.

(1) The employee shall request Court Leave (Jury Duty) from the Service Chief and notify the timekeeper of the court dates.

(2) Jury Duty approval must be supported by jury receipts.

(a) Return to Duty after Court Leave – Employees who are granted Court Leave and are excused or released by the court for any day or portion of a day are expected to return to their regular VA duties, except when:

<u>(1)</u> A small portion of the workday would be involved and thus no appreciable amount of VA service would be rendered; or

<u>(2)</u> The distance from the court to the place of duty is such that would be an unreasonable requirement; or

(3) The regular tour of duty occurs at night

f. Military Leave must be used when a non-temporary employee is ordered to active military duty or active duty for training, and may be used for inactive duty training, but not usually for weekend drills. Military Leave must be exhausted before any other leave is used for active military duty. Military Leave must be supported by a copy of military orders.

(1) Employees are required to give all possible prior notifications, such as yearly schedules, military orders, etc., to their supervisors when military duty or training is anticipated. Final approval of Military Leave shall be contingent upon employees furnishing certification from military authorization confirming active duty was performed for the period Military Leave was granted.

(2) Military Leave is charged on the eight hour per day basis for employees who use leave on an hourly basis. This means a 2-week tour of active duty will be charged 80 hours/10 days of Military Leave. Each part day of active duty may be charged on an hourly basis for the actual time on active duty for employees.

(3) Military Leave is earned at the rate of 120 hours fiscal year. Part-time employees will earn a prorated share of Military Leave, but it must be used in the amount of hours they are normally scheduled to work. Up to 120 hours of unused in a fiscal year, may be carried into the next fiscal year.

(4) Employees are entitled to Military Leave, not to exceed 22 workdays each calendar year, to perform full-time military service as a result of a call or order to active duty in support of a contingency operation. This is separate and distinct from the 15 days previously mentioned.

(a) Part-Time employees are entitled to the same 22 workday allotment of Military Leave. One regularly scheduled tour of duty constitutes one day of military pay.

(b) No amount of unused leave from this 22-day allotment may be credited during the following calendar year.

(c) Employees receive the greater of their VA pay or military pay, but not both, for Military Leave; unless the employee elects to use accrued annual or Compensatory Time.

(d) If the employee elects to use Annual Leave or Compensatory Time they shall receive both VA pay and military pay.

(5) Military Leave is not appropriate for use on most weekend drills. Tours of duty will be changed to enable employees to use scheduled days off or employees will be granted Annual Leave/Leave Without Pay for such drills provided it does not interfere with other employees' rights to days off and contractual obligations.

(6) Individuals returning from a minimum 42 consecutive days of Active Duty are granted 5 days of Authorized Absence to be used upon return to civilian duty. These days must be used consecutively on the 5 workdays prior to the return to Federal civilian service.

They may not be stockpiled for later use, and each employee is entitled to 5 days Absence only once in a 12-month period.

(7) An employee who enters active military duty (voluntarily or involuntarily) from any position including a temporary position has full job protection, provided he or she applies for reemployment within the following time limits:

(a) Employees who served less than 31 days must report back to work at the beginning of the next scheduled workday following their release from service and the expiration of 8 hours after a time for safe transportation back to the employee's residence.

(b) Employees who served more than 30 days, but less than 181 days must apply for reemployment within 14 days of release by the military.

c) Employees who served more than 180 days have 90 days to apply for reemployment.

g. Employees who served less than 91 days must be restored to the position they qualified for and attained had their employment not been interrupted. Employees who served more than 90 days have essentially the same rights, except that the agency has the option of placing an employee in a position for which qualified of like seniority, status, and pay.

h. Upon return or restoration, an employee generally is entitled to be treated as though he or she never left for purposes of rights and benefits based upon length of service. This means the employee must be considered for career ladder promotions, and the time spent in the military will be credited for seniority, successive within-grade increases, probation, career tenure, Annual Leave accrual rate, and severance pay. An employee, who was on a temporary appointment serves out the remaining time, if any, left on the appointment. (The military activation period does not extend the civilian appointment.)

i. An employee performing active military duty is protected from Reduction In Force (RIF) and may not be discharged from employment for a period of 1 year following separation (6 months in the case of a Reservist called to active duty under 10 U.S.C. 12304 for more than 30 days, but less than 181 days, or ordered to an initial period of active duty for training of not less than 12 consecutive weeks), except for poor performance or conduct or for suitability reasons.

NOTE: Employees in the intelligence agencies have substantially the same rights, but are covered under agency regulations, rather than the Office of Personnel Management's regulations, and have different appeal rights.

Military Leave shall be requested by the employee from the Service Chief, via the electronic timekeeping system leave request.

j. Absence for birth of child reasons may be granted based on a physician's recommendations.

k. Excused Absence Without Charge to Leave may be granted when an employee is involved in an activity of substantial benefit to the VA or will clearly enhance an employee's ability to perform the duties of a VA position. Such activities are covered by OPM and VA regulations.

(1) Authorized Absence is appropriate for such activities as medical examination and treatment for duty-connected injury or illness, blood donor programs, conferences or conventions, training, educational activities, voting, and registration.

(3) Information relating to Authorized Absence for individuals returning from more than 42 days of consecutive Military Active Duty can be found in Section F, 6 of this MCP.

(3) Authorized Absence may be requested via Electronic AA Request Process, or the electronic timekeeping system leave request, per the approval of the Service Chief, Associate Director/Chief of Staff, or Executive Director (see Attachment D).

l. Employees may be approved for the Family Medical Leave Act (FMLA) for up to 12 administrative work weeks (60 days) during any 12-month period for specified family and medical needs (16 weeks for childbirth or adoption). Examples of its application are for personal medical reasons, for the birth of a child or adoption/foster care of a child, and for the care of a child under 18 or incapable of self-care, spouse, or parent who has a serious health condition. Employees must submit an OPM 71 to their supervisor for signature and forward a copy to HR (see Attachment E), documentation from physician on US Dept. of Labor form WH-380(-E or -F as appropriate) – Certification of Health Care Provider to VISN 10 Human Resources Employee and Labor Relations/Worklife Benefits (see Attachment C).

(1) As authorized by the National Defense Authorization Act, employees caring for service members undergoing medical treatment, recuperation, or therapy for a serious injury or illness are entitled to 26 weeks of FMLA leave for this purpose. This leave may be awarded at any time during the 5 years prior to the date on which the veteran undergoes this treatment.

(2) Employees may be entitled up to 12 administrative workweeks (480 hours) of unpaid FMLA leave during any 12-month period for any qualifying exigency because their spouse, son, daughter, or parent is on covered active duty, or notified of an impending call or order to covered active duty, in the Armed Forces.

m. The Voluntary Leave Transfer Program permits VA employees to donate Annual Leave to other Federal employees who are experiencing a medical emergency. Employees who have submitted a written request using the OPM form 630 and are approved to become a recipient can receive Donated Annual Leave of four hours or more from other employees (see Attachment B).

n. Federal Employees Family Friendly Leave Act

(1) The Federal Employees Family Friendly Leave Act expands the use of Sick Leave by permitting most employees to use a portion of their Sick Leave each leave year to (1) provide care for a family member as a result of physical or mental illness; injury; pregnancy; childbirth; or medical, dental, or optical examination or treatment; or (2) make

arrangements necessitated by the death of a family member or attend the funeral of a family member; or (3) for purposes related to the adoption of a child.

(2) All covered full-time employees will be able to use a total of up to 104 hours (13 workdays) of Sick Leave each year for family care or bereavement purposes. Part-time employees or employees with an uncommon tour of duty, may use a proportional amount based on the total number of hours of Sick Leave normally accrued during a leave year for family care and bereavement purposes.

(3) Employees may use up to 12 weeks (480 hours/60 days) of Sick Leave in a leave year to care for a family member with a serious health condition. If the employee used any of the 13 workdays (104 hours) for general care for a family member or bereavement, those hours are deducted from the 12 weeks (60 days) he or she is eligible to take. Eligible family members are: (a) spouse and parents thereof; (b) children, thereof; (c) parents; (d) brothers and sisters, and spouses thereof; and (e) any individual related by blood or affinity whose close association with the employee is equivalent of a family relationship.

o. Employees absent from duty without authorization will be charged Absence Without Leave (AWOL) and may receive disciplinary action.

p. Compensatory Time (CT) must be used within 26 pay periods of when earned. The employee is responsible for requesting to use Compensatory Time through their supervisor. The supervisor is responsible for approving/disapproving these requests in a manner not to adversely affect the work unit. Compensatory Time will not automatically be substituted for unscheduled leave.

q. Paid Parental Leave (PPL) The Federal Employees Paid Leave Act of 2019 (Public Law 116-92; Act) provided a new leave category, referred to as "paid parental leave". This new leave entitlement is available to any Federal employee who is eligible for Family and Medical Leave Act (FMLA) under Title II and has a qualifying birth or placement on or after October 1, 2020.

The new law amended the FMLA provisions in title 5, United States Code, to provide up to 12 weeks of paid parental leave to covered Federal employees in connection with the birth or placement (for adoption or foster care) of a child occurring on or after October 1, 2020.

To be eligible for paid parental leave, an employee must be eligible for leave under the FMLA. Therefore, an employee must meet all FMLA eligibility requirements, including the following:

(1) Completed at least 12 months of Federal service

(2) Has a part-time or full-time work schedule (intermittent work schedule employees not eligible); and

(3) Has an appointment of more than 1 year in duration (employees with temporary appointments not to exceed 1 year are ineligible)

**Note:** An employee who is initially ineligible for FMLA at the time of a qualifying birth or placement of a child may later establish FMLA leave eligibility during the 12-month period following the birth or placement and use paid parental leave during that time period. Generally, this circumstance would apply when an employee becomes eligible for FMLA upon completing the required 12 months of service or by changing to a qualifying work schedule or appointment. Once FMLA eligibility is established and FMLA is invoked, an employee may substitute paid parental leave in connection with a qualifying birth or placement within the 12-month period following the birth or placement.

Work obligation. Prior to using paid parental leave, an employee is required to enter into a written service agreement to work for VA for 12 weeks after the day on which paid parental leave concludes. For further information and forms, contact VHACLELEAVEGROUP@VA.GOV

r. Employee requests for LWOP in excess of 30 consecutive calendar days will be submitted to their Service Chief in a memorandum. The memorandum must contain reason for absence, and all supporting documentation. The Service Chief (or delegate) will prepare a memorandum recommending their approval/disapproval, attach all documentation and submit to the Executive Leadership Team through VISN 10 Human Resources. VISN 10 Human Resources will notify both the Service Chief and Employee of the final decision. (Attachment H)

s. Time off awards must be used in 1-hour increments.

t. Leave requests for medical, dental, optical examination, and pregnancy and confinement will be made in advance.

u. Employees requesting Annual Leave, Sick Leave, or Leave Without Pay will be required to submit a leave request via the electronic timekeeping system prior to commencement of the leave period. However, an OPM 71, Application for Leave, will also be required for requests for Leave Without Pay for more than three days. An OPM 71 may be required for absence due to illness for any period, if an employee has been placed on medical certification requirements.

v. Where there is reason to believe an employee is abusing the entitlement to Sick Leave, a medical certificate may be required for any period of absence charged against any kind of leave for illness. The employee will be notified in writing in advance such requirement was established in his/her case. The employee must submit appropriate medical documentation within fifteen (15) calendar days of returning to duty. When an employee is given notice that leave requests for illness must be supported by an acceptable medical certificate, the leave approving official will review the case not later than six months afterward to determine whether the requirement may be eliminated. The employee will be notified in writing whether the requirement will be continued or eliminated.

w. Service Chiefs will provide an SF-8, Notice to Federal Employee About Unemployment Insurance, to employees in a non-pay status for 7 calendar days or more. It is important that numbers appearing in the address be included on all forms furnished to employees.

x. In rare instances, the Executive Director may restore Annual Leave beyond the maximum permissible 240 hours for General Schedule and Federal Wage System employees, 685 hours for RNs and 688 hours for Title 38 physicians. To be eligible for restoration, such leave must have been scheduled in writing prior to the beginning of the 24th pay period of the year and disapproved because of sickness, exigencies of public business, or administrative error.

(1) Restoration of Annual Leave should be submitted by the Service Chief through VISN 10 Human Resources, to the Executive Director, and must contain the following information:

(a) The calendar date the leave was approved by the official having authority to approve leave;

(b) The date(s) during which the leave was scheduled for actual use and the amount of leave (days/hours) scheduled for use; and

(c) Reason(s) for subsequent canceling of approved leave.

2. Restored Annual Leave must be used not later than the last day of the second leave year following the year containing the date.

y. Disabled Veterans Leave (DVL) is available for Veterans who are new employees since November 5, 2016, or have had a 90 day or more break in employment since that date, and have received a service-connected rating of 30% or higher.

(1) Upon approval, Veteran will be given 104 hours of DVL or a proportionally equivalent amount for employees with part-time, seasonal or uncommon tours of duty. This leave will expire 12 months from beginning employment or reemployment after an eligible break in service. DVL may not be carried over and must be forfeited.

(2) An employee may use DVL only for the medical treatment of a qualifying service-connected disability. The medical treatment may include a period of rest, but only if such period of rest is specifically ordered by the health care provider as part of a prescribed course of treatment for the qualifying service-connected disability.

(3) The employee must provide as much notice as practicable prior to the appointment, unless the need is critical and not foreseeable.

(4) When an employee does not provide the agency with certification of a qualifying service-connected disability before having a period of absence for treatment of such disability, the employee is entitled to substitute approved DVL retroactively for such period of absence (excluding periods of AWOL, or suspension; but including LWOP, sick leave, annual leave, comp time, or other paid time off) in the 12-month eligibility period.

(5) When requested, an employee will have 15 days to provide medical certification by the healthcare provider.

(6) An eligible employee is only authorized one 12-month period of DVL. Subsequent periods of employment after the 12-month eligibility period are not eligible for additional entitlement to the DVL, regardless of break in service.

**3. RESPONSIBILITIES:**

a. **Executive Director.** The Executive Director is responsible for administering the leave program and serves as the approving authority for excused absence of labor organization representatives not provided by statute or specifically identified in the negotiated agreement.

b. **Associate Director, Associate Director for Patient Care Services, and Chief of Staff.** The Associate Director, Associate Director for Patient Care Services, and Chief of Staff are authorized to approve leave requests as detailed in Attachment A. They are also responsible for monitoring leave administration in subordinate services.

c. **Service Chiefs.** Service Chiefs are responsible for the operation of the leave program in their services. They approve leave as detailed in Attachment A.

d. **Supervisors.** Service Chiefs are responsible for administering the leave and excused absence policies and regulations for employees under their supervision. This includes, but is not limited to:

(1) Insuring employees are trained in proper use of leave, kept informed on leave matters, and are provided the name or title of the leave approving supervisor.

(2) Planning, scheduling, and rescheduling the more substantial periods of Annual Leave on a calendar year basis to avoid forfeiture cases.

(3) Acting promptly on requests for leave and determining the necessity for or acceptability of Sick Leave medical certificates.

(4) Maintaining control over attendance, leave, and excused absence of employees under his or her control. And determining whether an employee's absence from regular duties constitutes official duty, approved leave, excused absence without charge to leave, or absence without leave, and ensuring the unit timekeeper is promptly notified.

(5) Assuring certification of time and attendance reports is correct in all respects.

(6) Assuring certification of time and attendance reports is correct in all respects.

(7) Determining the proper leave charge when an employee requests Sick Leave and reports being engaged in outside employment; justifying and documenting any approval of Sick Leave while the employee is so engaged.

(8) Assuring an employee on Sick Leave because of a contagious disease or other medical requirement imposed by management receives medical clearance for return to duty.

e. Employees are responsible for observing leave and excused absence policies and regulations which affect them including:

(1) Being at the post of duty during official duty hours unless on approved leave or excused absence without charge to leave.

(2) Observing the time and attendance policies and procedures and using leave for the purpose for which it is intended.

(3) Requesting advance approval of Annual Leave and Sick Leave for medical, dental, or optical examination or treatment.

(4) Making timely requests for unscheduled and scheduled leave in the electronic timekeeping system.

(5) Reporting any outside employment during time for which Sick Leave is requested.

(6) Submitting accurate statements about absences, applications for and use of Sick Leave, and furnishing a medical certificate when requested.

(7) Scheduling and, if necessary, rescheduling Annual Leave to avoid forfeiture.

f. VISN 10 Human Resources is responsible for interpreting leave policies and regulations for operating officials, providing supervisory training in leave administration and serving as the approving official as delegated for Family Medical Leave Act (FMLA).

**4. REFERENCES**

a. 5 CFR-630

b. VHA Handbook 5011

c. VA Manual M-8, Part IV, Chapter 2 and Part V, Chapter 6

d. 5 USC Chapter 63

e. 10 USC 101(a)(13)

f. AFGE Master Agreement

**5. RESCISSION**

None.

**6. REVIEW**

This MCP will be reviewed, at minimum, at recertification, and when there are changes to the governing documents.

## 7. RECERTIFICATION

This MCP is scheduled for recertification on or before the last working day of September 2027 – 5 years from the effective date. This MCP will continue to serve as local policy until it is recertified or rescinded. In the event of contradiction with national policy, the national policy supersedes and controls.

## 8. SIGNATORY AUTHORITY

Jill Dietrich Mellon, JD, MBA, FACHE
Executive Director
VA Northeast Ohio Healthcare System
**Date Approved:** September 1, 2022

Attachments: A, B, C, D, E, F, G, H, I

NOTE: The signature remains valid until rescinded by an appropriate administrative action.

DISTRIBUTION: Cleveland Medical Center Policies

## Attachment A

Approval official is marked with an "A" on this chart. Where necessary pertinent documents should be routed through Human Resources Management Service. These items are marked with a "*".

| TYPE | AMOUNT REQUESTED | SUPVR | SVC CHIEF | 05 | 001D(W)<br>001A(W)<br>11(W)<br>11(B)<br>118(W) | 00 |
|---|---|---|---|---|---|---|
| Annual | 14 days or less | A | | | | |
| | Over 14 days | | A | | | |
| Advanced Annual | Limited to amount of leave that can be earned by end of leave year in which granted | | | * | A | |
| Sick | 14 days or less | A | | | | |
| | Over 14 days | | A | | | |
| Advanced Sick | 30 calendar days or less | | | * | A | |
| Military | Not to exceed 15 calendar days, per Fiscal Year | | A | | | |
| Leave Without Pay (LWOP) | 1 day or less | A | | | | |
| | 2 days to 30 calendar days | | A | | | |
| | 31 calendar days to 1 year | | | * | A | |
| | Over 1 year | | | * | | A |
| Court | Subpoena or Court Order & Record of attendance | | A | | | |
| Voting | Excused—no charge to leave time necessary—not to exceed 1 day | | A | | | |
| Authorized Absence in relation to misconduct or discipline | Short period of absence (1 day or less) for official duty | | A | | | |
| | 1 to 14 calendar days | | | * | A | |
| | More than 14 calendar days | | | * | | A |
| Other Absences | Weather/emergency conditions; participation in civic organizations; etc. | | | * | | A |
| Disabled Veteran Leave | 13 days or less | A | | | | |

*NOTE: Leave for Service Chiefs must be approved by the Chief of Staff, Associate Director, or Associate Director for Patient Care Services, as appropriate.*

**VISN 10 Human Resources, Employee and Labor Relations/Worklife Benefits has delegated authority to approve FMLA/LWOP.*

**VISN 10 Human Resources, Employee and Labor Relations/Worklife Benefits Supervisor has delegated authority to approve VLTP.*

Attachment B

Voluntary Leave Transfer Program

1. The Voluntary Leave Transfer Program permits Federal employees to donate Annual Leave to other Federal employees who are experiencing a medical emergency. For the purpose of this program, a medical emergency is a medical condition of an employee or a family member of the employee likely to require the employee's absence from duty for a prolonged period of time and to result in a substantial loss of income to the employee because of the unavailability of paid leave. This Leave Without Pay status would be expected to last at least three workdays.

2. Any employee who has experienced or is experiencing a medical emergency, as described above, may make a written request to become a participant in the voluntary leave transfer program. The request must be on a completed OPM 630 form containing the following information: (a) name, position title, and grade or pay level of the potential leave recipient; (b) the reasons why transferred leave is needed, including a brief description of the nature, severity, and anticipated duration of the medical emergency, and if it is recurring, the approximate frequency of the medical emergency; and (c) include certification from one physician, or other appropriate expert, with regard to the medical emergency. Additional information may be requested to support the application.

3. Completed requests on the OPM 630 form will be signed by the service chief or designee and forwarded to the VISN 10 Human Resources. Applicants will be notified within 10 workdays of their eligibility to participate in the program as leave recipients. (sample attachment G)

4. In order to ensure the privacy of those who wish to participate in the program, employees who are eligible and are approved as leave recipients will have the discretion of determining their own means of informing potential leave donors from within VA. Potential donors from other Federal agencies may be considered in accordance with the regulations governing the program. Employees may request their name be put on the HR SharePoint site for publication for donations by contacting the VISN 10 Human Resources Benefits Specialist.

5. The donation of leave is entirely voluntary. However, employees may not donate leave to their immediate supervisor. The minimum amount Title 5 employees may donate is four hours using ¼ hour increments and the minimum Title 38 physicians may donate is 4 hours in one-hour increments. There are also other requirements and limitations on the amount of leave that can be donated. Employees who are interested in donating Annual Leave to a specific recipient may contact the VISN 10 Human Resources Benefits Specialist for additional information.

Family and Medical Leave

Attachment C

I. PURPOSE: Public Law 103-3, known as the Family and Medical Leave Act of 1993 (FMLA), is intended to allow employees to balance their work and family life by taking reasonable amounts of leave for medical reasons, for the birth or adoption/foster care of a child and for the care of a child, spouse, or parent who has a serious health condition.

II. POLICY:

A. The FMLA provides a total of 12 administrative workweeks of unpaid leave during any 12-month period for specified family and medical needs using Title II of the law. (Employees are entitled to 16 administrative workweeks of unpaid leave for childbirth or adoption.)

B. FMLA does not provide coverage to temporary employees, intermittent, or permanent employees who have less than one year of Federal civilian service, other limitations may apply.

III. PROCEDURES:

A. The employee must provide notice of his or her intent to take family and medical leave not less than 30 days before leave is to begin or as soon as is practicable.

B. Employees must provide medical certification for FMLA leave taken to care for an employee's son or daughter (who is under the age of 18 or incapable of self-care), spouse or parent who has a serious health condition, or for the serious health condition of the employee.

C. Under certain conditions, FMLA leave may be taken intermittently, or the employee may work under a work schedule reduced by the number of hours of leave taken as family and medical leave. An employee may elect to substitute other paid time off, as appropriate, for any unpaid leave under the FMLA. FMLA leave is in addition to other paid time off available to an employee.

D. Requests for Family Medical Leave will be made in advance by means of an OPM-71, Application for Leave; and Certification of Health Care Provider Form WH-380(-E or -F as appropriate), signed by a physician. (attachment F)

E. All memorandums and supporting documentation will be forwarded to the VISN 10 Human Resources Employee and Labor Relation/Worklife Benefits for adjudication.

F. The employee will be notified of the approval/disapproval of the request

within 10 workdays of the receipt of all necessary information.

IV. RECORDKEEPING: Appropriate records will be kept by each responsible service for reports which may be requested by Veterans Administration Central Office (VACO) or the Office of Personnel Management (OPM).

V. JOB BENEFITS AND PROTECTION:

A. Upon return from FMLA leave, an employee must be returned to the same position or to an "equivalent position with equivalent benefits, pay status, and other terms and conditions of employment."

B. An employee who takes FMLA leave is entitled to maintain health benefits coverage. An employee may pay the employee's share of premiums on a current basis or pay upon return to work. Please check with Fiscal Service for procedures.

VI. REFERENCES: 5 CFR-630.1201-1213

Attachment D

**(AA) Request Process**

1. AA request template (file name: **AA REQUEST**) can be found on the **HR SharePoint site.**

2. The employee or the person designated in the service will complete the form with the information as indicated, and send the form (via Outlook) to the service's secretary and Service Chief for recommendation of approval/disapproval.

3. The Service Chief will recommend approval/disapproval and send to VISN 10 Human Resources Employee Labor Relations/Worklife Benefits.

4. The designee will review and forward to the appropriate Quad member for approval/disapproval.

5. When final approval/disapproval is obtained, the service will notify the employee.

6. **NOTE: IT IS VERY IMPORTANT THAT "REPLY TO ALL" BE USED THROUGHOUT THIS ROUTING PROCESS. IF "REPLY TO ALL" IS NOT USED IT WILL BE VERY DIFFICULT TO TRACK THE AA REQUEST.**

A. Specific Training Information:

B. Justification for Need:

C. Advantage to the VA:

D. Specific Date/Time AA is requested:

Attachment E

**Request for Leave or Approved Absence**

1. Office of Personnel Management Template OPM 71 on the OPM.GOV website. Revised September 2009. https://www.opm.gov/forms/pdf_fill/opm71.pdf

Attachment F

# Request for Leave or Approved Absence

| 1. Name (Last, first, middle) | 2. Employee or Social Security Number (Enter only the last 4 digits of the Social Security Number (SSN)) |
|---|---|
| | |

3. Organization

| 4. Type of Leave/Absence (Check appropriate box(es) below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued Annual Leave | | | | | |
| ☐ Restored Annual Leave | | | | | |
| ☐ Advanced Annual Leave | | | | | |
| ☐ Accrued Sick Leave | | | | | |
| ☐ Advanced Sick Leave | | | | | |
| ☐ Compensatory Time Off | | | | | |
| ☐ Other Paid Absence (Specify in Remarks) | | | | | |
| ☐ Leave Without Pay | | | | | |

Purpose:
- ☐ Illness/injury/incapacitation of requesting employee
- ☐ Medical/dental/optical examination of requesting employee
- ☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
- ☐ Care of family member with a serious health condition
- ☐ Other

**5. Family and Medical Leave**

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

☐ I hereby invoke my entitlement to Family and Medical Leave for:

- ☐ Birth/Adoption/Foster Care
- ☐ Serious health condition of spouse, son, daughter, or parent
- ☐ Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act. Medical certification of a serious health condition may be required by your agency.*

6. Remarks:

7. Certification: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification on this form may be grounds for disciplinary action, including removal.

| 7a. Employee Signature | 7b. Date |
|---|---|
| | |

8a. Official Action on Request: ☐ Approved ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

8b. Reason for Disapproval:

| 8c. Supervisor Signature | 8d. Date |
|---|---|
| | |

**PRIVACY ACT STATEMENT**

Section 6311 of Title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: to the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to Title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management
5 CFR 630

Local Reproduction Authorized

Print Form | Save Form | Clear Form

OPM Form 71
Rev. September 2008
Formerly Standard Form (SF) 71
Previous editions usable

Attachment G

## Application to Become a Leave Recipient Under the Voluntary Leave Transfer Program

| | | |
|---|---|---|
| 1. Applicant's name *(Last, first, middle)* | 2. SSN (last 4 digits) | 3. Employee Number |
| 4a. Position title | 4b. Pay plan | 4c. Grade/pay level |
| 5. Name of organization *(Agency, Department, Office, Division, Branch, etc.)* | | 6. Office telephone number |
| 7. Nature and severity of the medical emergency | | |
| 8. Individual affected by medical emergency *(check one)* ☐ Employee ☐ Employee's family member | 9. Date medical emergency began | 10. Date medical emergency ended *(or is expected to end)* |
| 11. Name of physician who will verify the medical emergency. *(Attach documentation from the physician (or other appropriate expert) showing the diagnosis, prognosis and duration of illness.)* | | |
| 12. What is the applicant's annual and sick leave balances as of end of last pay period? Annual leave balance → ☐ Sick leave balance → ☐ | | 13. How many hours of leave without pay have been used for this medical emergency? Hours → ☐ |
| 14. Provide a description of the medical emergency to be distributed to servicing personnel offices so that other employees may donate annual leave to the applicant. ☐ Check box if applicant does not want a description distributed. ☐ Check box if applicant does not wish to have name used with the description or disclosed to anyone except the supervisor, the supervisory channel and the deciding official, and individuals who maintain the program. | | Description of medical emergency |
| 15a. Name of individual completing application *(If applying on behalf of the applicant)* | 15b. Relationship to applicant | 15c. Telephone number (area code) |
| 16a. *I certify that the above statements are true.* *(Signature of applicant or individual applying on behalf of applicant)* | | 16b. Date signed |

**Privacy Act Statement**
Participation in this program is voluntary; however, solicitation of this information is authorized under 5 U.S.C. 6332. The information furnished will be used to identify records properly associated with the transfer of annual leave. It may also be disclosed to a national, State, or local law enforcement agency where there is an indication of a violation or potential violation of civil or criminal law, rule, or regulation: or to another agency or court when the Government is party to a suit. Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Governmentfurnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additionalstatement reflecting those purposes.

| | | | |
|---|---|---|---|
| 17. First level supervisor's recommendation ☐ Approve ☐ Disapprove Signature | Date signed | 18. Deciding official's decision ☐ Approve ☐ Disapprove Signature | Date signed |

Office of Personnel Management Local Reproduction Authorized OPM 630

**SEPTEMBER 1, 2022** **MCP 005-007**

Attachment H

**DEPARTMENT OF VETERANS AFFAIRS**

**Memorandum**

Date:

From:

Subj: Request for Leave Without Pay

To: Executive Director
Thru:
Thru: HR
Thru:

1. I am requesting Leave Without Pay from approximately ******* through *******.

2. My request is due to my *********** as documented on the attached WH-380-E (Employee) or WH-380-F (Family member). I was approved for FMLA and this 480 hour entitlement has been exhausted (if statement applies). I was also approved for the Voluntary Leave Program (if statement applies).

3. If you should have any questions you may reach me at**********.

**CONCUR/NON CONCUR:**

**Your Service Chief's Name**
**Chief, Your Service**

**CONCUR/NON CONCUR:**

**ELT Member Name**
**ELT Member Title**

**MEETS LEGAL CRITERIA**

**Steven Savino**
**Senior Strategic Business Partner**
**VISN 10 Human Resources**

**APPROVED/DISAPPROVED:**

**Jill Dietrich Mellon, JD, MBA, FACHE**
**Executive Director**

Attachment I

**SEPTEMBER 1, 2022** **MCP 005-007**

**DEPARTMENT OF VETERANS AFFAIRS** **Memorandum**

Date:

Subject: Advanced Sick Leave

To: Executive Director

Thru:

Thru: HR

1. I, (Your Name), (Position you Occupy), am requesting (number of hours you are requesting not to exceed allowed time) hours of advanced sick leave.

2. On (date of condition) I (brief description of condition). I currently do not have enough leave to cover this absence. I have applied to be covered under the Family Medical Leave Act.

3. If I am approved for this program, I understand that it will be my responsibility to liquidate the advanced leave by applying my sick leave accruals to the indebtedness. I understand that I cannot use any sick leave until this advanced leave is liquidated. I further understand that if I should leave employment that I will be responsible for paying back this indebtedness.

4. Thank you for considering this application. You may reach me at (your phone number) if you have any questions.

**CONCUR/NON-CONCUR:**

**Your Service Chief's Name**
**Chief, Your Service**

**CONCUR/NON-CONCUR:**

**ELT Member Name**
**ELT Member Title**

**MEETS LEGAL CRITERIA**

**Steven Savino**
**Senior Strategic Business Partner**
**VISN 10 Human Resources**

**APPROVED/DISAPPROVED:**

**Jill K. Dietrich Mellon, JD, MBA, FACHE**
**Executive Director**